1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>Defendants. | No. 2:22-cv-00665-RSL<br><br>**STIPULATION AND ORDER REGARDING AMENDED PLEADING AND RELATED DATES** |

WHEREAS, Plaintiff intends to file an Amended Class Action Complaint, which will supersede the original class action complaint (Dkt. 1) and, as such:

IT IS HEREBY STIPULATED by and between Plaintiff and defendant Mercedes-Benz USA, LLC ("MBUSA"), through their respective attorneys, that:

(1) MBUSA need not respond to the original class action complaint;

(2) Plaintiff will file the Amended Class Action Complaint no later than June 27, 2022;

(3) MBUSA's answer or other responsive pleading to the Amended Class Action Complaint shall be due thirty days following the filing of the Amended Class Action Complaint;

(4) If MBUSA chooses to file a motion to dismiss under Rule 12, then Plaintiff's opposition shall be due thirty days following the filing of the motion; and

(5) MBUSA's Reply shall be due fourteen days following the filing of the opposition.

STIPULATION REGARDING AMENDED
PLEADING AND RELATED DATES - 1
Case No. 2:22-cv-00665-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

Good cause exists for the proposed dates set forth herein as Plaintiffs will be filing an Amended Class Action Complaint and because undersigned counsel for MBUSA has only recently been retained and requires time to become knowledgeable about the case.

Plaintiff's counsel has consented to the filing of this document.

Respectfully stipulated to this 8th day of June, 2022.


EMERY REDDY, PLLC

*s/ Timothy Emery (with authority to file)*

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 42092
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Tel:  206.442.9106
Fax:  206.441.9711
E-mail:  emeryt@emeryreddy.com
E-mail:  reddyp@emeryreddy.com

*Attorneys for Plaintiff*
*Seyyed Javad Maandanian*


DLA PIPER LLP (US)

*s/ Anthony Todaro*

Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:  206.839.4800
Fax:  206.839.4801
E-mail:  anthony.todaro@us.dlapiper.com

*Attorney for Defendant*
*Mercedes-Benz USA, LLC*

STIPULATION REGARDING AMENDED
PLEADING AND RELATED DATES- 2
Case No. 2:22-cv-00665-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### **ORDER**

Based on the foregoing stipulation of the parties, and good cause having been found to exist, IT IS SO ORDERED.

Dated this 8th day of June, 2022.

Robert S. Lasnik
United States District Judge

STIPULATION REGARDING AMENDED
PLEADING AND RELATED DATES- 3
Case No. 2:22-cv-00665-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800