UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, LEONARDO CACHO, WENDER JEUDY, SEAN K. LEE, TINA MARIE, RULESHA MCKINNEY, FRANCY DIAZ PEREZ, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, JENNIFER WALKER, and BETTY WALTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>Defendants. | Case No. 2:22-cv-665<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE PURSUANT TO FRCP 23(G)** |

THIS MATTER, having come before the Court by Plaintiffs Seyyed Javad Maadanian, Leonardo Cacho, Wender Jeudy, Sean K. Lee, Tina Marie, Rulesha McKinney, Francy Diaz Perez, Jeffrey Robinson, Thomas Stephanopoulos, Jennifer Walker, and Betty Walton (collectively "Plaintiffs") in the above-captioned case by their Motion for Appointment of

ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE PURSUANT TO FRCP 23(G) - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Interim Co-Lead Counsel and Executive Committee Pursuant to FRCP 23(g) and supporting materials, the criteria set forth in Federal Rule of Civil Procedure 23(g), and the Court being advised that Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Aktiengesellschaft, and Mercedes-Benz Group Aktiengesellschaft takes no position with respect to this motion, IT IS ORDERED that the Motion is GRANTED as set forth below:

1. The Court hereby appoints James E. Cecchi and Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C. ("Carella Byrne") and Timothy W. Emery and Emery Reddy, PLLC ("Emery Reddy") as Interim Co-Lead Class Counsel to act on behalf of the Plaintiffs and the putative class of consumers who own Mercedes vehicles that contain the brake defect, including certain 2004-2015 ML-Class, GL-Class, and R-Class vehicles, with the responsibilities set forth below:

   a) Direct and manage pretrial proceedings on behalf of all plaintiffs, including the briefing and argument of motions and the conduct of all types of discovery proceedings;

   b) Delegate work responsibilities to other plaintiffs' counsel, and monitor the activities of all plaintiffs' counsel to assure that plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided;

   c) Consult with and employ consultants or experts, as necessary;

   d) Coordinate with members of the Executive Committee in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts;

   e) Coordinate settlement discussions or other dispute resolution efforts on behalf of plaintiffs, under the Court's supervision, if and as appropriate;

   f) Enter into stipulations with other parties as necessary for the conduct of the litigation;

   g) Prepare and distribute to the plaintiffs and counsel periodic status reports;

   h) Maintain adequate time and disbursement records covering services as appointed counsel; and,

ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE PURSUANT TO FRCP 23(G) - 2

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

i)       i. Perform such other duties as may be incidental to proper coordination with the Executive Committee of plaintiffs' pretrial activities or as authorized by further Order of the Court.

Co-Lead Counsel are also hereby designated as Interim Co-Lead Class Counsel pursuant to Rule 23(g) to "act on behalf of a putative class before determining whether to certify the class as a class action." Fed. R. Civ. P. 23(g)(3).

2.     The Court hereby appoints Christopher L. Ayers and Seeger Weiss LLP, Kim D. Stephens and Tousley Brain Stephens, PLLC, and Jeffrey L. Haberman and Schlesinger Law Offices, P.A. to the Plaintiff's Executive Committee. Members of the Executive Committee shall meet and confer with Interim Co-Lead Class Counsel as needed regarding the completion of plaintiffs' pretrial and trial activities, including the duties set forth in paragraph 1 above. The Executive Committee shall participate in the determination of any significant matters that arise in the litigation.

3.     Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

Dated this 16th day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE PURSUANT TO FRCP 23(G) - 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711