UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, LEONARDO CACHO, WENDER JEUDY, SEAN K. LEE, TINA MARIE, RULESHA MCKINNEY, FRANCY DIAZ PEREZ, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, JENNIFER WALKER, and BETTY WALTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>                Defendants. | Case No. 2:22-cv-00665-RSL<br><br>**ORDER ON STIPULATION TO CONTINUE CASE DEADLINES** |

THIS MATTER having come before the Court on the parties' Stipulation to Continue Case Deadlines, the Court having reviewed the Stipulation and having reviewed the files and records herein, now, therefore, it is hereby

ORDERED that the parties' Stipulation is hereby granted and the following deadlines are continued as follows:

ORDER ON STIPULATION TO EXTEND DEADLINES - 1
Case No. 2:22-cv-00665-RSL

| Event | Proposed New Deadline |
|---|---|
| Plaintiffs file a Second Amended Complaint | On or before Wednesday, August 3, 2022 |
| Defendants' (MBUSA, MBAG, MBG) joint response to complaint.<br><br>If a responsive motion is filed, it shall be noted for consideration on Friday, January 13, 2023. | Wednesday, October 19, 2022 |
| Plaintiffs' opposition to any responsive motion | Friday, December 9, 2022 |
| Defendants' joint reply | Friday, January 13, 2023 |
| Parties will submit a proposed ESI Agreement and Protective Order to Court | October 31, 2022 |

Dated this 1st day of August, 2022.

*MRT S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER ON STIPULATION TO EXTEND CASE
DEADLINES- 2
Case No. 2:22-cv-00665-RSL