IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, LEONARDO CACHO, WENDER JEUDY, SEAN K. LEE, TINA MARIE, RULESHA MCKINNEY, FRANCY DIAZ PEREZ, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, JENNIFER WALKER, and BETTY WALTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>Defendants. | No. 2:22-cv-00665-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE COMPLAINT |

On August 5, 2022, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs filed a Stipulation Motion for Leave to Amend the Complaint to add additional plaintiffs and allegations. Defendants do not oppose the Motion. Rule 15(a)(2) provides that a court should freely grant leave to amend a pleading when justice so requires.

After considering the Motion, the Court GRANTS the Motion, finding that justice so requires.

ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO AMEND THE COMPLAINT - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

It is therefore ORDERED that Stipulated Motion to Amend the Complaint is hereby GRANTED. Plaintiffs may therefore file the Second Amended Class Action Complaint attached as Exhibit 1 to the Declaration of Timothy W. Emery filed with the Motion.

Dated this 8th day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

EMERY | REDDY, PLLC

*s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Attorney for Plaintiffs

ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO AMEND THE COMPLAINT - 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711