UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, LEONARDO CACHO, WENDER JEUDY, SEAN K. LEE, TINA MARIE, RULESHA MCKINNEY, FRANCY DIAZ PEREZ, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, JENNIFER WALKER, and BETTY WALTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>                  Defendants. | Case No. 2:22-cv-00665-RSL<br><br>**ORDER ON STIPULATION TO CONTINUE CASE DEADLINES** |

THIS MATTER having come before the Court on the parties' Stipulation to Continue Case Deadlines, the Court having reviewed the Stipulation and having reviewed the files and records herein, now, therefore, it is hereby

ORDERED that the parties' Stipulation is hereby granted and the following deadlines are continued as follows:

ORDER ON STIPULATION TO EXTEND DEADLINES - 1
Case No. 2:22-cv-00665-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' joint response to complaint | May 19, 2023 | June 16, 2023 |
| Plaintiffs' opposition to any responsive motion | No current deadline | July 19, 2023 |
| Defendants' joint reply | No current deadline | August 4, 2023 |

Dated this 16th day of May, 2023.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER ON STIPULATION TO EXTEND CASE DEADLINES- 2
Case No. 2:22-cv-00665-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107