UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEYYED JAVAD MAADANIAN, *et al.*,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC, *et al.*,

Defendants.

Cause No. C22-0665RSL

ORDER FOR FURTHER BRIEFING

On May 5, 2023, defendants'' motion for to dismiss for lack of personal jurisdiction was denied without prejudice to defendants filing a motion for reconsideration if personal jurisdiction to hear a claim brought under the Magnuson-Moss Warranty Act ("MMWA") must be considered on a state-by-state, rather than a nationwide, basis. Dkt. # 61 at 10 n.6. Defendants timely filed a motion for reconsideration. The Clerk of Court is directed to renote the motion for reconsideration (Dkt. # 64) on the Court's calendar for Friday, June 9, 2023. Plaintiffs may file a response on or before Monday, June 5, 2023. Defendants' reply, if any, is due on or before the note date.

Dated this 22nd day of May, 2023.

Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 1