THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, LEONARDO CACHO, WENDER JEUDY, SEAN K. LEE, TINA MARIE, RULESHA MCKINNEY, FRANCY DIAZ PEREZ, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, JENNIFER WALKER, and BETTY WALTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>Defendants. | Case No. 2:22-cv-00665-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES** |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Continue Case Deadlines, the Court having reviewed the Stipulated Motion and having reviewed the files and records herein, now, therefore, it is hereby

ORDERED that the parties' Stipulated Motion is hereby GRANTED and the following deadlines are continued as follows:

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES - 1
Case No. 2:22-cv-00665-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1. While the Defendants' Motion for Reconsideration of the Court's Order on the Motion to Dismiss is pending, the Defendants' deadline to respond to the complaint shall be the first Friday that falls 14 days after the reconsideration order. The parties further stipulate that any response to such a filing shall be 28 days thereafter, and any reply shall be 14 days thereafter;

2. The word limit is extended to 16,800 for Defendants' joint motion to dismiss in response to the complaint and any opposition thereto, and to 8,400 words for any reply thereto; and

3. Defendants maintain the discovery stay remains in place pursuant to Docket number 54. Plaintiffs disagree. Notwithstanding, on July 20, 2023, MBUSA will serve objections and responses to Plaintiffs' First Set of Requests for Production of Documents to Defendant Mercedes Benz USA, LLC that Plaintiffs propounded on May 19, 2023 ("First RFPs"), and will begin rolling productions of responsive, nonprivileged documents within thirty days of serving MBUSA's objections and responses to the First RFPs.

Dated this 16th day of June, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES - 2
Case No. 2:22-cv-00665-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  Presented by:

2  LANE POWELL PC

3

4  By: *s/ John S. Devlin*
     John S. Devlin III, WSBA No. 23988
     Erin M. Wilson, WSBA No. 42454

5       Taylor Washburn, WSBA No. 51524

6  *Attorneys for Defendant Mercedes-Benz Group AG, Mercedes-Benz AG, and*

7  *Mercedes-Benz USA, LLC*

8
  TOUSLEY BRAIN STEPHENS PLLC
9

10  By: *s/ Rebecca L. Solomon*
     Kim D. Stephens, P.S., WSBA No. 11984

11       Rebecca L. Solomon, WSBA No. 51520

12  *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 3
Case No. 2:22-cv-00665-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107