UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN,<br><br>        Plaintiff,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, *et al*.,<br><br>        Defendants. | CASE NO. 2:22-cv-00665-RSL<br><br>ORDER |

      This matter comes before the Court on "Defendants' Motion for Entry of Scheduling Order." Dkt. # 83. When the Joint Status Report was filed on August 23, 2023, the parties were in the midst of briefing a motion to dismiss and the "concurrently filed proposed scheduling order" referenced in the report was missing. Dkt. # 77 at 2. The Court chose not to issue a case management order at that time and took the matter under advisement.

      The motion to dismiss is still pending, and the scope of the case is likely to be impacted by the Court's ruling. It is premature to issue a case management order at this point. When the Court issues a scheduling order, it will take the parties' proposed dates (Dkt. # 84-1) into consideration. The parties should be aware, however, that the Court's standard class action case management order includes a trial date and that the Court views

ORDER - 1

class certification as a preliminary procedural matter to be decided at the outset of the case. While the parties' proposed schedule will be considered, it will not be adopted.

Dated this 22nd day of January, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2