UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>                 Defendants. | Case No. 2:22-cv-00665-RSL<br><br>**ORDER ON STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

THIS MATTER having come before the Court on the Stipulated Motion of the Parties to Extend Deadline for Defendants to Respond to the Plaintiff's Second Amended Complaint, the Court having reviewed the Motion and the files and records herein; now, therefore

IT IS HEREBY ORDERED that the Motion is granted and Defendants shall file their response to the Plaintiffs' Second Amended Complaint (Dkt. 41) by May 17, 2024.

Dated this 25th day of April, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE- 1
Case No. 2:22-cv-00665-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107