UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>      Defendants. | Case No. 2:22-cv-00665-RSL<br><br>**ORDER ON STIPULATED MOTION TO EXTEND DEADLINE FOR PARTIES TO FILE PROTECTIVE ORDER AND ESI AGREEMENT** |

  THIS MATTER having come before the Court on the Stipulated Motion of the Parties to Extend Deadline for the parties to file a proposed Protective Order and ESI Agreement, the Court having reviewed the Motion and the files and records herein; now, therefore

//

//

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE- 1
Case No. 2:22-cv-00665-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

IT IS HEREBY ORDERED that the Motion is granted and the parties shall file a Protective order and ESI Agreement by May 24, 2024.

Dated this 17th day of May, 2024.

*MMS Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE - 2
Case No. 2:22-cv-00665-RSL

134645.0001/9754540.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

Presented by:

LANE POWELL PC

By: *s/ Erin M. Wilson*
Erin M. Wilson (WSBA No. 42454)
wilsonem@lanepowell.com
John S. Devlin III (WSBA No. 23988)
devlinj@lanepowell.com
Taylor Washburn (WSBA No. 51524)
washburnt@lanepowell.com
Katie D. Bass (WSBA No. 51369)
bassk@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111
Telephone: (206) 223-7000

WINSTON & STRAWN LLP

By: *s/ Troy M. Yoshino*
Troy M. Yoshino (*pro hac vice*)
tyoshino@winston.com
Eric J. Knapp (*pro hac vice*)
eknapp@winston.com
Dana L. Cook-Milligan (*pro hac vice*)
dlcook@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

*Counsel for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz AG, and Mercedes-Benz Group AG*

SEEGER WEISS

By: *s/ Christopher L. Ayers*
Christopher L. Ayers (*pro hac vice*)
cayers@seegerweiss.com
Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
55 Challenger Rd 6th Fl
Ridgefield Park, NJ 07660
Telephone: (973) 639-9700

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE - 3
Case No. 2:22-cv-00665-RSL

134645.0001/9754540.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107