THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEYYED JAVAD MAADANIAN,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC,
MERCEDES-BENZ
AKTIENGESELLSCHAFT, and
MERCEDES-BENZ GROUP
AKTIENGESELLSCHAFT,

Defendants.

Case No. 2:22-cv-00665-RSL

**DECLARATION OF TROY M. YOSHINO IN SUPPORT OF DEFENDANTS' MOTION TO TAX COSTS AND REMINDER OF PENDING MOTION FOR ATTORNEYS' FEES AND COSTS**

I, TROY M. YOSHINO, declare as follows:

1.      I am an attorney duly licensed to practice before this Court. I am a partner with the law firm Winston & Strawn LLP, counsel of record for defendants Mercedes-Benz Group AG ("MBG"), Mercedes-Benz AG ("MBAG"), and Mercedes-Benz USA, LLC ("MBUSA"); collectively, "defendants"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to such facts.

2.      I submit this declaration in support of defendants' Motion to Tax Costs and Reminder of Pending Motion for Attorneys' Fees and Costs submitted in this action.

3.      I verify that each requested cost is correct, that each requested cost has been

DECLARATION OF TROY M. YOSHINO
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL

— 1 —

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed.

4. Attached hereto as "**Exhibit A**" is a true and correct itemization of the costs delineated in the Bill of Costs.

5. To substantiate costs incurred in the general defense of this matter, attached hereto as "**Exhibit B**" are true and correct copies of vendor invoices and/or reflection of payments made on behalf of defendants in defense of this action.

6. As to attorneys' fees, it is the policy and practice of the attorneys and legal staff at Winston & Strawn LLP to maintain contemporaneous time keeping records.

7. To determine the specific amount of necessary fees expended in connection with defendants' response to Stockton's improper sur-rebuttal report, I reviewed the invoices for work performed in this matter to identify relevant entries.

8. The requested amount of fees is for work completed by attorneys between September 23, 2025 (service of the improper sur-rebuttal report) and October 17, 2025 (filing of the reply in support of excluding the improper sur-rebuttal report).

9. Attached as "**Exhibit C**" is a true and correct copy of invoice 3066215 prepared by Winston & Strawn LLP for time billed from September 1, 2025 to September 30, 2025. Certain irrelevant information, including banking information and time entries not included in the total requested amount of reasonable attorneys' fees and legal expenses, has been redacted

10. Invoice 3066215 was paid in full.

11. Attached as "**Exhibit D**" is a true and correct copy of invoice 3067738 prepared by Winston & Strawn LLP for time billed from October 1, 2025 to October 31, 2025. Certain irrelevant information, including banking information and time entries not included in the total requested amount of reasonable attorneys' fees and legal expenses, has been redacted.

12. Invoice 3067738 was paid in full.

13. Attached as "**Exhibit E**" is a true and correct copy of invoice 20251006525 prepared by Ballard Spahr LLP for time billed from September 1, 2025 to September 30,2025.

**DECLARATION OF TROY M. YOSHINO**
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL

— 2 —

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

Certain irrelevant information, including banking information and time entries not included in the total requested amount of reasonable attorneys' fees and legal expenses, has been redacted

14. Invoice 20251006525 was paid in full.

15. Attached as "**Exhibit F**" is a true and correct copy of invoice 20251107291 prepared by Ballard Spahr LLP for time billed from October 1, 2025 to October 31, 2025. Certain irrelevant information, including banking information and time entries not included in the total requested amount of reasonable attorneys' fees and legal expenses, has been redacted.

16. Invoice 20251107291 has not yet been paid.

17. The amount of attorneys' fees sought is $101,523 in relation to responding to Stockton's improper sur-rebuttal report.

18. Attached as "**Exhibit G**" are true and correct copies of invoices of costs incurred by defendants in connection with the second deposition of Edward Stockton totaling $3,212.27, which were necessitated by plaintiff's service of an improper sur-rebuttal report.

19. Attached as "**Exhibit H**" is a true and correct copy of invoice BENZ421025 prepared by Edgeworth Economics, LLC for time billed from September 1, 2025 to September 30, 2025. Certain irrelevant information, including banking information and time entries not included in the total requested amount of legal expenses, has been redacted.

20. Invoice BENZ421025 was paid in full.

21. Attached as "**Exhibit I**" is a true and correct copy of invoice BENZ991125 prepared by Edgeworth Economics, LLC for time billed from October 1, 2025 to October 31, 2025. Certain irrelevant information, including banking information and time entries not included in the total requested amount of legal expenses, has been redacted.

22. Invoice BENZ99125 was paid in full.

23. The amount of expert costs sought in relation to responding to Stockton's improper sur-rebuttal report is $9,198.

24. A true and correct copy of a chart that consolidates these costs and attorneys' fees is also included in the itemization of defendants general costs at Exhibit A.

DECLARATION OF TROY M. YOSHINO
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL

— 3 —

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

25.    I, Troy M. Yoshino, am a partner in Winston & Strawn LLP's San Francisco office. I graduated from the University of Michigan Law School in 1998. I have defended numerous leading products and services companies in many different class actions, multi-district litigation proceedings, and federal, state and local government investigations and enforcement matters, alleging claims under federal and state consumer-protection statutes, as well as warranty and privacy laws. My hourly billing rate for this matter was €925.

26.    Sean Suber is a partner in Winston & Strawn LLP's Chicago office. He graduated from the University of Virginia School of Law in 2014. He was a law clerk for the Honorable Gershwin A. Drain in the United States District Court for the Eastern District of Michigan and for the Honorable Thomas I. Vanaskie for the United States Court of Appeals for the Third Circuit. He has expertise in complex litigation, class actions, product liability, false advertising, and mass tort matters. He has represented dozens of companies and individuals in high-profile cases, trials, appeals, and arbitrations. His hourly billing rate for this matter was €800.

27.    Lisa Coutu is a partner in Winston & Strawn's New York office. She graduated from the Georgetown University Law Center in 2015. She clerked for the Honorable Mary K. Costello of the Superior Court of New Jersey. She has experience in complex litigation and class actions and has represented large corporations in high profile matters. Her hourly billing rate for this matter was €600.

28.    Stephanie Coelho is an associate in Winston & Strawn LLP's Washington, D.C. office. She graduated from the Georgetown University Law Center in 2022. She has experience in numerous representative class action matters and has represented corporations and manufacturers in high profile matters. Her hourly billing rate for this matter was €495.

29.    Nathan Greess is an associate in Winston & Strawn LLP's New York office. He graduated from New York University School of Law in 2022. He has significant experience defending business against consumer litigation and class actions. His hourly billing rate for this matter was €495.

30.    Becca Ou is an associate in Winston & Strawn LLP's Los Angeles office. She

**DECLARATION OF TROY M. YOSHINO**
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL

— 4 —

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

graduated from Loyola Marymount University Law School in 2023. She has experience defending large businesses in complex litigation. Her hourly billing rate for this matter was €395.

31.    Greer Harrison is an associate in Winston & Strawn LLP's Chicago office. She graduated from Northwestern Pritzker School of Law in 2023. She has experience defending business in class actions and commercial litigation. Her hourly billing rate for this matter was €395.

32.    Alissa Hodgson is a senior paralegal in Winston & Strawn LLP's Chicago office. Her hourly billing rate for this matter was €240.

33.    John Devlin is a partner in Ballard Spahr LLP's Seattle office. He graduated from the Tulane University School of Law in 1994. He has significant experience with litigation and procedure in the United States District Court for the Western District of Washington. His hourly billing rate in this matter was $640.

34.    Erin Wilson is a partner in Ballard Spahr LLP's Seattle office. She graduated from the University of Southern California Gould School of Law in 2008. She has significant experience with litigation and procedure in the United States District Court for the Western District of Washington. Her hourly billing rate in this matter was $580.

35.    When assigning work relative to responding to plaintiff's improper rebuttal report, I considered the skill and experience levels of timekeepers to ensure that the appropriate timekeepers were used for the work performed.

36.    Winston and Strawn LLP and Ballard Spahr LLP negotiated unique fee arrangements with defendants, resulting in rates that were lower than or commensurate with the Seattle legal market.

37.    In my experience, the number of hours spent by the above attorneys in this matter are comparable to the hours spent doing similar tasks in comparable consumer class action matters.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DECLARATION OF TROY M. YOSHINO**
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL
— 5 —
**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

Dated: March 30, 2026.

/s/ *Troy M. Yoshino*
Troy M. Yoshino

DECLARATION OF TROY M. YOSHINO
*Maadanian v. Mercedes Benz USA,LLC, et al.*
Case No. 2:22-CV-00665-RSL

– 6 –

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107