# EXHIBIT B

## Veritext, LLC - Northeast Region

Tel. 973-410-4040 Email: billing-nj@veritext.com



Bill To: Sean Suber
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL, 60602

| | |
|---|---|
| **Invoice #:** | **8293079** |
| **Invoice Date:** | **5/6/2025** |
| **Balance Due:** | **$3,508.27** |

**Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (222CV00665RSL)**

**Proceeding Type: Depositions**

Job #: 7327540    |    Job Date: 4/30/2025    |    Delivery: Expedited

| | |
|---|---|
| Location: | Jacksonville, FL |
| Billing Atty: | Sean Suber |
| Scheduling Atty: | Zachary Jacobs \| Carella Byrne Cecchi Brody & Agnello PC |

| Witness: Gregory Gunther | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 356.00 | $4.30 | $1,530.80 |
| Transcript Services - Certified Transcript - Priority Request | 356.00 | $3.87 | $1,377.72 |
| Exhibits | 497.00 | $0.75 | $372.75 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $98.00 | $98.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,508.27** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,508.27** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

43065

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



| Bill To: | Troy M Yoshino<br>Winston Mercedes<br>35 W Wacker Dr<br>Chicago, IL, 60601 | | |
|---|---|---|---|

| | |
|---|---|
| **Invoice #:** | **8380298** |
| **Invoice Date:** | **6/6/2025** |
| **Balance Due:** | **$2,756.75** |

| Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL) | Proceeding Type: Depositions |
|---|---|

Job #: 7375209  |  Job Date: 5/21/2025  |  Delivery: Normal          Client Matter Billing #: ███████

| | |
|---|---|
| Location: | Seattle, WA |
| Billing Atty: | Troy M Yoshino |
| Scheduling Atty: | \| Winston & Strawn, LLP |

| Witness: Seyyed Javad Maadanian | Amount |
|---|---|
| Transcript Services | $1,227.60 |
| Rough Draft | $488.25 |
| Professional Attendance | $577.50 |
| Exhibits | $69.40 |
| Virtual Services | $295.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,756.75** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,756.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ▮▮▮▮▮



Bill To: Carrie Takahata
Winston Mercedes
35 W Wacker Dr
Chicago, IL, 60601

| | |
|---|---|
| **Invoice #:** | **8399537** |
| **Invoice Date:** | **6/17/2025** |
| **Balance Due:** | **$1,995.00** |

| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7375209   |   Job Date: 5/21/2025   |   Delivery: Normal          Client Matter Billing #: ▮▮▮▮▮

| | |
|---|---|
| Location: | Seattle, WA |
| Billing Atty: | Troy M Yoshino |
| Scheduling Atty: | \| Winston & Strawn, LLP |

| Witness: Seyyed Javad Maadanian | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $200.00 | $200.00 |
| Video - Additional Hours | 7.00 | $200.00 | $1,400.00 |
| Video - Electronic Access | 1.00 | $95.00 | $95.00 |
| Video - Media and Cloud Services | 5.00 | $10.00 | $50.00 |
| Equipment Rental | 2.00 | $125.00 | $250.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,995.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,995.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ▮▮▮▮▮▮



Bill To:  Carrie Takahata
Winston Mercedes
35 W Wacker Dr
Chicago, IL, 60601

**Invoice #:** **8464719**
**Invoice Date:** **7/10/2025**
**Balance Due:** **$6,039.16**

| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al. (2:22cv00665RSL)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7428110   |   Job Date: 6/30/2025   |   Delivery: Expedited

Client Matter Billing # ▮▮▮▮▮▮

Location:        Los Angeles, CA

Billing Atty:       Troy M Yoshino

Scheduling Atty:      | Winston & Strawn, LLP

| **Witness: Samantha Combs** | **Amount** |
|---|---|
| Transcript Services | $1,722.20 |
| Transcript Services - Priority Request | $1,377.76 |
| Rough Draft | $553.00 |
| Realtime Services | $1,232.40 |
| Professional Attendance | $415.00 |
| Exhibits | $34.80 |
| Logistics, Processing & Electronic Files | $60.00 |
| Virtual Services | $295.00 |
| Expenses | $250.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

269979

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



| Notes: Expenses: Two iPads provided for Realtime feeds. | | |
|---|---|---|
| **Invoice Total:** | **$6,039.16** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$6,039.16** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



Bill To:

Winston Mercedes
35 W. Wacker Drive
Chicago, IL, 60602

| | |
|---|---|
| **Invoice #:** | **8494026** |
| **Invoice Date:** | **7/23/2025** |
| **Balance Due:** | **$1,670.00** |

| | |
|---|---|
| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al. (2:22cv00665RSL)** | **Proceeding Type: Depositions** |

Job #: 7428110    |    Job Date: 6/30/2025    |    Delivery: Normal                Client Matter Billing # ██████

Location:            Los Angeles, CA

Billing Atty:

Scheduling Atty:        | Winston & Strawn, LLP

| Witness: Samantha Combs | Amount |
|---|---|
| Video Services | $1,450.00 |
| Video - Electronic Access | $95.00 |
| Expenses | $125.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,670.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,670.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



Bill To: Carrie Takahata
Winston Mercedes
35 W Wacker Dr
Chicago, IL, 60601

| | |
|---|---|
| **Invoice #:** | **8497340** |
| **Invoice Date:** | **7/23/2025** |
| **Balance Due:** | **$5,583.12** |

**Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL)**

**Proceeding Type: Depositions**

Job #: 7428213    |    Job Date: 7/11/2025    |    Delivery: Expedited

Client Matter Billing #: ███████

Location:           Seattle, WA

Billing Atty:       Troy M Yoshino

Scheduling Atty:       | Winston & Strawn, LLP

| Witness: Edward Stockton | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 357.00 | $4.05 | $1,445.85 |
| Transcript Services - Priority Request | 357.00 | $3.96 | $1,413.72 |
| Transcript - Supplemental Surcharges* | 357.00 | $0.35 | $124.95 |
| Rough Draft | 357.00 | $1.75 | $624.75 |
| Realtime Services | 357.00 | $1.95 | $696.15 |
| Attendance - Hourly | 8.00 | $65.00 | $520.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $97.50 | $97.50 |
| In Person Coverage Fee | 1.00 | $90.00 | $90.00 |
| Exhibits | 256.00 | $0.20 | $51.20 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Equipment Rental | 1.00 | $125.00 | $125.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

269979

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID:



| Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding, Virtual Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$5,583.12** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,583.12** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

# Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: █████████



| Bill To: | Carrie Takahata | | |
|---|---|---|---|
| | Winston Mercedes | **Invoice #:** | **8529110** |
| | 35 W Wacker Dr | **Invoice Date:** | **8/5/2025** |
| | Chicago, IL, 60601 | **Balance Due:** | **$2,180.00** |

| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7428213   |   Job Date: 7/11/2025   |   Delivery: Normal

Client Matter Billing █████████

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Troy M Yoshino |
| Scheduling Atty: | | Winston & Strawn, LLP |

| **Witness: Edward Stockton** | **Amount** |
|---|---|
| Video Services | $1,960.00 |
| Video - Electronic Access | $95.00 |
| Expenses | $125.00 |

| Notes:     Expenses: Loaner Laptop | **Invoice Total:** | **$2,180.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,180.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Veritext, LLC - Northeast Region**

Tel. 973-410-4040 Email: billing-nj@veritext.com
Fed. Tax ID:



Bill To:   Sean Suber
           Winston & Strawn, LLP
           35 W. Wacker Drive
           Chicago, IL, 60602

| | |
|---|---:|
| **Invoice #:** | **8648330** |
| **Invoice Date:** | **9/23/2025** |
| **Balance Due:** | **$2,950.91** |

| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (222CV00665RSL)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7595556   |   Job Date: 9/16/2025   |   Delivery: Expedited

Location:          Washington, DC

Billing Atty:      Sean Suber

Scheduling Atty:   Zachary Jacobs | Carella Byrne Cecchi Brody & Agnello PC

| Witness: Michael Kheyfets | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Certified Transcript | 262.00 | $4.30 | $1,126.60 |
| Transcript Services - Certified Transcript - Priority Request | 262.00 | $4.28 | $1,121.36 |
| Rough Draft | 262.00 | $1.95 | $510.90 |
| Exhibits | 209.00 | $0.45 | $94.05 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $98.00 | $98.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$2,950.91** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,950.91** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

43065

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ▮▮▮▮▮▮▮▮



Bill To: Carrie Takahata
Winston Mercedes
35 W Wacker Dr
Chicago, IL, 60601

| | |
|---|---|
| **Invoice #:** | **8702397** |
| **Invoice Date:** | **10/16/2025** |
| **Balance Due:** | **$3,906.00** |

| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7641685    |    Job Date: 10/7/2025    |    Delivery: Expedited

| | |
|---|---|
| Location: | Tucson, AZ |
| Billing Atty: | Troy M Yoshino |
| Scheduling Atty: | Sean Suber | Winston & Strawn, LLP |

| Witness: Edward  Stockton , Vol II | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 196.00 | $4.60 | $901.60 |
| Transcript Services - Priority Request | 196.00 | $4.50 | $882.00 |
| Transcript - Supplemental Surcharges* | 196.00 | $0.40 | $78.40 |
| Rough Draft | 196.00 | $1.75 | $343.00 |
| Realtime Services | 196.00 | $1.95 | $382.20 |
| Attendance - Hourly | 5.00 | $50.00 | $250.00 |
| Exhibits | 574.00 | $0.20 | $114.80 |
| Conference Suite & Amenities | 1.00 | $435.00 | $435.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Equipment Rental | 1.00 | $125.00 | $125.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ▓▓▓▓▓▓



| Notes: *Supplemental Surcharges Include: Video Proceeding, Virtual Proceeding | **Invoice Total:** | **$3,906.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,906.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

269979

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ▮▮▮▮▮▮



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Carrie Takahata
Winston Mercedes
35 W Wacker Dr
Chicago, IL, 60601

| | |
|---|---|
| **Invoice #:** | **8750006** |
| **Invoice Date:** | **10/29/2025** |
| **Balance Due:** | **$1,383.00** |

| | |
|---|---|
| **Case: Maadanian, Seyyed Javad v. Mercedes-Benz USA, LLC, Et Al (2:22cv00665RSL)** | **Proceeding Type: Depositions** |

Job #: 7641685   |   Job Date: 10/7/2025   |   Delivery: Normal

| | |
|---|---|
| Location: | Tucson, AZ |
| Billing Atty: | Troy M Yoshino |
| Scheduling Atty: | Sean Suber \| Winston & Strawn, LLP |

| Witness: Edward  Stockton , Vol II | Amount |
|---|---|
| Video Services | $1,358.00 |
| Video - Electronic Access | $25.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,383.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,383.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

# Invoice

Page 1 of 2

**epiq**

Epiq Global Business
Transformation Solutions LLC
777 Third Ave, 12th Floor
New York NY 10017

**Remit to**
Epiq Global Business Transformation Solutions LLC
PO Box 674685
Dallas, TX 75267-4685

For billing questions, call 770-390-2700
or GBTSbillingdept@epiqglobal.com

Electronic Payments:

**Bill to**
Winston & Strawn, LLP
Lisa Neitzel
333 S Grand Ave, 38th Floor
Los Angeles CA 90071-1543

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90981878 | Invoice Date | 06/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 1000033 | | |
| Currency | USD | | |
| Contract No. | 40038512 | | |
| Contract Description | WINSTON17 Usage LA | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | WINSTON17 | | |

**Comments**
Overage services for the month of June 2025

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| OVG731 | Color Copies - Ricoh C8000 | 21,924 | PAG | 0.0563 | 1,234.32 |
| OVG760 | B&W Copies on Color Copier - Ricoh C8000 | 23,975 | PAG | 0.0075 | 179.81 |
| OVG730 | Color Copies - Ricoh C400 | 3,990 | PAG | 0.1063 | 424.14 |
| OVG761 | B&W Copies on Color Copiers - Ricoh C400 | 7,196 | PAG | 0.0175 | 125.93 |
| OVG500 | Weekday Non-Supervisory Overtime (N-Tax) | 9.250 | HR | 44.8900 | 415.23 |
| OVG540T | Weekend Non-Supervisory Overtime (Tax) | 3 | HR | 51.7900 | 155.37 |
| OVG580 | Backup Coverage (day) | 7 | HR | 251.5700 | 1,760.99 |
| OVG420 | CA Meal Penalty | 1 | HR | 50.4400 | 50.44 |

| | |
|---|---|
| **Net Amount** | 4,346.23 |
| **Sales Tax** | 206.66 |
| **Total Amount Due** | 4,552.89 |

**Open Items for Contract 40038512 as of 07/03/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 06/30/2025 | Invoice | 90981878 | 07/30/2025 | 4,552.89 | USD |



CONFIDENTIAL

# epiQ

**Invoice**

Epiq Global Business
Transformation Solutions LLC
777 Third Ave, 12th Floor
New York NY 10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90981878 | Invoice Date | 06/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 1000033 | | |

**Comments**

███████████████████████

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Total: | | | | ███████████ |



CONFIDENTIAL



# Invoice

**Payable to:  Array**
**\*\*Mail Checks to:  P.O. Box 738959**
**                Dallas, TX  75373-8959**
**Phone:  (512) 861-6435**
**Please include invoice number(s) with payment**

| Date | Invoice # |
|---|---|
| 10/8/2025 | X143641 |
| Tax ID - ██████ | |

| Bill To |
|---|
| Winston & Strawn |
| 1700 K Street, NW |
| Washington, DC 20036 |

| Ship To |
|---|
| Winston & Strawn |
| 1700 K Street, NW |
| Washington, DC 20036 |

| Job Number | Array-WDC017320 |
|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 11/7/2025 | 10/4/2025 | CS | ████ | RON  MCLAUGHLIN | Unknown |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | CM is ████ | | |
| 908 | Blowback Printing - Black & White 8.5 x 11 | 0.12 | 108.96T |
| 1 | Redwelds (Letter) | 4.00 | 4.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; and c) client has 10 days from receipt of invoice to inspect the completed work for errors. If no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

████████████

Please provide complete remittance detail to accounting@trustarray.com.  Array may accept credit card payment with an additional 2.5% fee.

| | |
|---|---|
| **Subtotal** | $112.96 |
| **Sales Tax  (6.0%)** | $6.78 |
| **Payments/Credits** | $0.00 |
| **Balance** | $119.74 |



# United States District Court
# Western District of Washington

SEYYED JAVAD MAADANIAN, et al.,

　　Plaintiff(s)

V.

MERCEDES-BENZ USA, LLC, MERCEDES-
BENZ AKTIENGESELLSCHAFT, and
MERCEDES-BENZ GROUP
AKTIENGESELLSCHAFT,
　　Defendant(s)

Case Number: 2:22-cv-00665-RSL

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

___Eric J. Knapp_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Aktiengesellschaft, and Mercedes-Benz Group Aktiengesellschaft

The particular need for my appearance and participation is:

Counsel retained to assist in the defense of this action.

I,___Eric J. Knapp_____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date:___October 19, 2022_____　　Signature of Applicant: s/ ___Eric J. Knapp_____

**Pro Hac Vice Attorney**

Applicant's Name: Eric J. Knapp

Law Firm Name: Squire Patton Boggs (US) LLP

Street Address 1: 475 Sansome Street

Address Line 2: 16th Floor

City: San Francisco  State: CA  Zip: 94111

Phone Number w/ Area Code (415) 954-0200  Bar # 214352  State California

Primary E-mail Address: eric.knapp@squirepb.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: carrie.takahata@squirepb.com

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Eric J. Knapp is unable to be present upon any date assigned by the court.

Date: October 19, 2022  Signature of Local Counsel: s/ *Erin M. Wilson*

Local Counsel's Name: Erin M. Wilson

Law Firm Name: Lane Powell PC

Street Address 1: 1420 Fifth Ave. No. 4200

Address Line 2:

City: Seattle  State: WA  Zip: 98101

Phone Number w/ Area Code 206-223-7000  Bar # 42454

---



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4.  By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6.  By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed___October 19, 2022___Signature  s/___*Eric J. Knapp*_____
                                            *(Pro Hac Vice applicant name)*



# United States District Court
# Western District of Washington

| | |
|---|---|
| SEYYED JAVAD MAADANIAN, et al., | Case Number: 2:22-cv-00665-RSL |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

___Troy M. Yoshino___ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mercedes-Benz USA, LLC ("MBUSA") , Mercedes-Benz Aktiengesellschaft, Mercedes-Benz Group Aktiengesellschaft

The particular need for my appearance and participation is:

Counsel retained to assist in the defense of this action.

I, ___Troy M. Yoshino___ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___October 19, 2022___     Signature of Applicant: s/ ___Troy M. Yoshino___

---

U.S. District Court – Pro Hac Vice Application
Revised March 14, 2022

Page 3

**Pro Hac Vice Attorney**

Applicant's Name: Troy M. Yoshino

Law Firm Name: Squire Patton Boggs (US) LLP

Street Address 1: 475 Sansome Street

Address Line 2: 16th Floor

City: San Francisco    State: CA    Zip: 94111

Phone Number w/ Area Code: (415) 954-0200    Bar # 197850    State: California

Primary E-mail Address: troy.yoshino@squirepb.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: carrie.takahata@squirepb.com

# <u>STATEMENT OF LOCAL COUNSEL</u>

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant Troy M. Yoshino is unable to be present upon any date assigned by the court.

Date: October 19, 2022    Signature of Local Counsel: s/ *Erin M. Wilson*

Local Counsel's Name: Erin M. Wilson

Law Firm Name: Lane Powell PC

Street Address 1: 1420 Fifth Ave. No. 4200

Address Line 2:

City: Seattle    State: WA    Zip: 98101

Phone Number w/ Area Code: 206-223-7000    Bar # 42454



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4.  By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6.  By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __October 19, 2022__ Signature  s/__*Troy M. Yoshino*_____

***(Pro Hac Vice applicant name)***

**Wiley, Janet**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, August 4, 2023 10:59 AM |
| **To:** | Wiley, Janet |
| **Subject:** | Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT |

External ema
Contains topics of a financial n

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: WAWD Finance Dept at 206-370-8415.

Account Number: 4415057
Court: WASHINGTON WESTERN DISTRICT COURT
Amount: $238.00
Tracking Id: AWAWDC-8112989
Approval Code: 041638
Card Number: ************2915
Date/Time: 08/04/2023 01:58:49 ET

NOTE: This is an automated message. Please do not reply



# United States District Court
# Western District of Washington

SEYED JAVAD MAADANIAN, et al.

Plaintiff(s)

V.

MERCEDES-BENZ USA, LLC, et al

Defendant(s)

Case Number: 2:22-cv-665 RSL

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Dana L. Cook-Milligan
_____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Aktiengesellschaft, and Mercedes-Benz Group Aktiengesellschaft

The particular need for my appearance and participation is:

Counsel retained to assist in the defense of this action.

I, Dana L. Cook-Milligan
_____understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/02/2023        Signature of Applicant: s/ _____Dana L. Cook-Milligan_____

**Pro Hac Vice Attorney**

Applicant's Name:       Dana L. Cook-Milligan

Law Firm Name:       Winston & Strawn LLP

Street Address 1:       101 California Street, 35th Floor

Address Line 2:

City:    San Francisco       State:    CA    Zip:    94111-5840

Phone Number w/ Area Code   +1 (415) 591-1583    Bar #   301340    State   California

Primary E-mail Address:    dlcook@winston.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant    Dana L. Cook-Milligan    is unable to be present upon any date assigned by the court.

Date:   08/02/2023    Signature of Local Counsel:   s/   Erin M. Wilson

Local Counsel's Name:       Erin M. Wilson

Law Firm Name:       Lane Powell PC

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1:       1420 Fifth Ave. No. 4200

Address Line 2:

City:    Seattle       State:   WA    Zip:    98101

Phone Number w/ Area Code   206-223-7000    Bar #   42454

---



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

☑ I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed __08/02/2023__ Signature s/____Dana L. Cook-Milligan_____

*(Pro Hac Vice applicant name)*

Filing Fee - Pro Hac Vice Application
C/M: 134645.0001
Erin Wilson

## Wiley, Janet

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 17, 2024 3:45 PM |
| **To:** | Wiley, Janet |
| **Subject:** | Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT |



Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: WAWD Finance Dept at 206-370-8415.

Account Number: 4415057
Court: WASHINGTON WESTERN DISTRICT COURT
Amount: $249.00
Tracking Id: AWAWDC-8763430
Approval Code: 077626
Card Number: ************9101
Date/Time: 12/17/2024 06:44:48 ET


NOTE: This is an automated message. Please do not reply

1



# United States District Court
# Western District of Washington

| | |
|---|---|
| SEYED JAVAD MAADANIAN, et al. | Case Number: 2:22-cv-665-RSL |
| **Plaintiff(s)** | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| Mercedes-Benz USA, LLC et al. | |
| **Defendant(s)** | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Lisa Coutu
_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Aktiengesellschaft, and Mercedes-Benz Group Aktiengesellschaft

The particular need for my appearance and participation is:

Counsel retained to assist in the defense of this action.

Lisa Coutu
I,_____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/7/2024 _____    Signature of Applicant: s/ Lisa Coutu _____

**Pro Hac Vice Attorney**

Applicant's Name: Lisa Coutu

Law Firm Name: Winston & Strawn LLP

Street Address 1: 200 Park Ave

Address Line 2:

City: New York          State: NY          Zip: 10166

Phone Number w/ Area Code 212-294-6639          Bar # 5471891          State New York

Primary E-mail Address: lcoutu@winston.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Lisa Coutu is unable to be present upon any date assigned by the court.

Date: 12/7/2024          Signature of Local Counsel: s/ Erin M. Wilson

Local Counsel's Name: Erin M. Wilson

Law Firm Name: Lane Powell PC

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 1420 Fifth Ave. No 4200

Address Line 2:

City: Seattle          State: WA          Zip: 98101

Phone Number w/ Area Code 206-223-7000          Bar # 42454



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

☑ I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed __12/17/2024_____ Signature s/__Lisa Coutu_____

*(Pro Hac Vice applicant name)*

**From:** do_not_reply@psc.uscourts.gov
**To:** eltonp@ballardspahr.com
**Subject:** Pay.gov Payment Confirmation: WASHINGTON WESTERN DISTRICT COURT
**Date:** Monday, March 31, 2025 2:08:37 PM
**Attachments:** shield-advisory.png
chevron-light.png
shield-advisory.png
chevron-light.png

 External email >

 Contains topics of a financial nature >

EXTERNAL

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: WAWD Finance Dept at 206-370-8415.

Account Number: 4505085
Court: WASHINGTON WESTERN DISTRICT COURT
Amount: $249.00
Tracking Id: AWAWDC-8907436
Approval Code: 051957
Card Number: ************7721
Date/Time: 03/31/2025 05:08:02 ET

NOTE: This is an automated message. Please do not reply



# United States District Court
# Western District of Washington

Seyyed Javad Maadanian

Plaintiff(s)

V.

Mercedes-Benz USA, LLC, et. al.

Defendant(s)

Case Number: 2:22-cv-00665-RSL

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Sean Suber hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Aktiengesellschaft, and Mercedes-Benz Group Aktiengesellschaft

The particular need for my appearance and participation is:

Counsel retained to assist in the defense of this action.

I, Sean Suber understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/31/2025

Signature of Applicant: s/ Sean Suber

**Pro Hac Vice Attorney**

Applicant's Name: Sean Suber

Law Firm Name: Winston & Strawn LLP

Street Address 1: 35 W. Wacker Drive

Address Line 2:

City: Chicago   State: IL   Zip: 60601

Phone Number w/ Area Code: 312-558-3765   Bar #: 6324723   State: Illinois

Primary E-mail Address: ssuber@winston.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address:
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Sean Suber is unable to be present upon any date assigned by the court.

Date: March 31, 2025   Signature of Local Counsel: s/ John S. Devlin

Local Counsel's Name: John S. Devlin

Law Firm Name: Ballard Spahr LLP

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 1420 Fifth Avenue, Suite 4200

Address Line 2: P.O. Box 91302

City: Seattle   State: WA   Zip: 98111-9402

Phone Number w/ Area Code: 206-223-6280   Bar #: 23988



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

☑ I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed __03/31/2025__ Signature s/__Sean Suber_____
*(Pro Hac Vice applicant name)*

# edgeworth | economics

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## INVOICE

| | |
|---|---|
| Invoice Date: | 9/4/25 |
| Due Date: | 10/4/25 |
| Total Amount: | ██████ |
| Number: | BENZ980925 |
| Invoice Period: | 08/01/25 - 08/31/25 |
| Project Code: | DC1226 |
| Project: | Mercedes Brake Booster |

## INVOICE SUMMARY

| Description | Quantity | Amount |
|---|---|---|
| ██████ | ███ | ███ |
| Mike Kheyfets | ███ | ███ |
| ██████ | ███ | ███ |
| **TOTAL AMOUNT DUE** | | ███ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL



# edgeworth | economics

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 9/4/25 |
| Due Date: | 10/4/25 |
| Total Amount: | ▉ |
| Invoice Number: | BENZ980925 |
| Invoice Period: | 08/01/25 - 08/31/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## SUMMARY OF CHARGES

| Description | Amount |
|---|---|
| Professional fees. | ▉ |
| **TOTAL AMOUNT DUE** | ▉ |



# edgeworth economics

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## INVOICE

| | |
|---|---|
| Invoice Date: | 9/4/25 |
| Due Date: | 10/4/25 |
| Total Amount: | ██████ |
| Invoice Number: | BENZ980925 |
| Invoice Period: | 08/01/25 - 08/31/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

## TIME DETAILS

| Title | Date | Description | Hrs | Amount |
|---|---|---|---|---|
| ██████ | | | | |
| ██ | ██ | ████████ | ██ | ██ |
| ██ | ██ | ██████████ | ██ | ██ |
| ██ | ██ | █████████ | ██ | ██ |
| ██ | ██ | ███████████ | ██ | ██ |
| ██ | ██ | ██████████. | ██ | ██ |
| | | ████ | ██ | ██ |
| **Mike Kheyfets** | | | | |
| ██ | ██ | █████ | ██ | ██ |
| ██ | ██ | █████ | ██ | ██ |
| Partner | 8/15/25 | Depo prep.  Reviewed materials provided by counsel. | 2.50 | $1,950.00 |
| Partner | 8/18/25 | Call with counsel. Depo prep. | 2.00 | $1,560.00 |
| Partner | 8/20/25 | Depo prep. | 1.00 | $780.00 |
| Partner | 8/21/25 | Depo prep. | 1.00 | $780.00 |
| ██ | ██ | █████ | ██ | ██ |
| | | **Mike Kheyfets** | ██ | ██ |
| ██████ | | | | |
| ██████ | ██ | ███████████ | ██ | ██ |
| ██████ | ██ | ████████ | ██ | ██ |
| ██████ | ██ | █████████ | ██ | ██ |
| ██████ | ██ | ██████████ | ██ | ██ |

**edgeworth|economics**

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 9/4/25 |
| Due Date: | 10/4/25 |
| Total Amount: | ██████ |
| Invoice Number: | BENZ980925 |
| Invoice Period: | 08/01/25 - 08/31/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## TIME DETAILS

| Title | Date | Description | Hrs | Amount |
|---|---|---|---|---|
| ██████ | ███ | ████████████████████ | ██ | ████ |
| ██████ | ███ | █████████████████████ | ██ | ████ |
| ██████ | ███ | ███████████████ | ██ | ████ |
| ██████ | ███ | ████████████ | ██ | ██ |
| | | ████ | ██ | ████ |
| ██████ | | | ██ | ████ |

# edgeworth | economics

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ▉▉▉▉ |
| Invoice Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## SUMMARY OF CHARGES

| Description | Amount |
|---|---|
| Professional fees. | ▉▉▉▉ |
| **TOTAL AMOUNT DUE** | ▉▉▉▉ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL



![edgeworth economics]

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ███████ |
| Invoice Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## TIME DETAILS

| Title | Date | Description | Hrs | Amount |
|---|---|---|---|---|
| **Mike Kheyfets** | | | | |
| Partner | 9/9/25 | Depo prep. | 2.50 | $1,950.00 |
| Partner | 9/10/25 | Depo prep. | 3.00 | $2,340.00 |
| Partner | 9/11/25 | Depo prep. | 2.00 | $1,560.00 |
| Partner | 9/12/25 | Depo prep. | 2.00 | $1,560.00 |
| Partner | 9/15/25 | Deposition prep. | 5.00 | $3,900.00 |
| Partner | 9/16/25 | Deposition | 7.00 | $5,460.00 |
| ███ | ███ | ████████████ | ██ | ███ |
| Partner | 9/26/25 | Reviewed Stockton reply report. | 0.50 | $390.00 |
| | | **Mike Kheyfets** | ███ | ███ |
| ███ | | | | |
| ████ | ███ | █████████ | ██ | ███ |
| | | ███ | ██ | ███ |
| **TOTAL FEES** | | | ███ | ███ |

**edgeworth economics**

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ███ |
| Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

---

## INVOICE SUMMARY

| Description | Quantity | Amount |
|---|---|---|
| ███ | ██0 | $██ |
| ███ | ██ | ███ |
| **TOTAL AMOUNT DUE** | | ███ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL

