# EXHIBIT C

# WINSTON & STRAWN LLP

300 N. LaSalle Dr.
Chicago, IL 60654-3406
TAX ID NO. ███████

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3066215 |
| Invoice Date | 10/31/25 |
| Client Matter No. | ██████ |

For Legal Services Rendered Through September 30, 2025 In Connection With:

**00046 Maadanian et al. - NFF**

2022/02606

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| ████ | ████ | █ | █ | █ | █ | ████████████ |
| ████ | ████ | █ | █ | █ | █ | ████████████ |
| ████ | ████ | █ | █ | █ | █ | ████████████ |
| ████ | ████ | █ | █ | █ | █ | ████████████ |
| ████ | ████ | █ | █ | █ | █ | ████████████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.     3066215
Invoice Date    10/31/25
Page No.              2

**00046 Maadanian et al. - NFF**
**2022/02606**



## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    3

**00046 Maadanian et al. - NFF**
**2022/02606**



## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    4

**00046 Maadanian et al. - NFF
2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    5

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    6

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    7

**00046 Maadanian et al. - NFF**
**2022/02606**



## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date    10/31/25
Page No.    8

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date   10/31/25
Page No.       9

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.      3066215
Invoice Date    10/31/25
Page No.              10

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.     3066215
Invoice Date    10/31/25
Page No.             11

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date   10/31/25
Page No.           12

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | Invoice No. | 3066215 |
|---|---|---|
| | Invoice Date | 10/31/25 |
| | Page No. | 13 |

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.   3066215
Invoice Date  10/31/25
Page No.      14

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No. 3066215
Invoice Date 10/31/25
Page No. 15

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.        3066215
Invoice Date      10/31/25
Page No.               16

**00046 Maadanian et al. - NFF**
**2022/02606**



**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.     3066215
Invoice Date   10/31/25
Page No.             17

**00046 Maadanian et al. - NFF**
**2022/02606**



| Date | Name | | | | | Hours | Description |
|---|---|---|---|---|---|---|---|
| 09/23/25 | S. Suber | CL | CL | A104 | | 0.30 | Review and analyze challenge strategy for rebuttal report and evaluate court's position on admissibility |
| 09/23/25 | T. Yoshino | CL | CL | A104 | | 2.20 | Analysis of plaintiffs' class certification reply, expert rebuttal report, and opposition to Stockton and Combs Daubert challenges; address strategic issues stemming from same; follow-up re: same, including editing of discovery prioritization chart and ReKo slides to account for latest developments, as well as instructions to team on next steps. |

## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No.     3066215
Invoice Date    10/31/25
Page No.            18

**00046 Maadanian et al. - NFF**
**2022/02606**



| 09/23/25 | L. Coutu | CL | CL | A104 | 1.10 | Assess rebuttal expert report of E. Stockton re preparation for providing status update to clients |
|----------|----------|-----|-----|------|------|-----|

| 09/23/25 | G. Harrison | CL | CL | A103 | 2.60 | Draft shell for motion to strike Stockton's supplemental report, specifically focusing on the background and legal standard |
|----------|-------------|-----|-----|------|------|-----|

| 09/23/25 | S. Coelho | CL | CL | A104 | 1.00 | Analyze plainitff rebuttal expert report to determine arguments to strike |
|----------|-----------|-----|-----|------|------|-----|

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | | | | |
|---|---|---|---|---|
| Invoice No. | 3066215 |
| Invoice Date | 10/31/25 |
| Page No. | 19 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/24/25 | S. Suber | CL | CL | A104 | 0.60 | Preliminary comparison and review of differences between expert reports in terms of addition of new opinions |
| ███ | ███ | ██ | ██ | ███ | ██ | ████ |
| ███ | ███ | ██ | ██ | ███ | ██ | ████ |
| ███ | ███ | ██ | ██ | ███ | ██ | ████ |
| 09/24/25 | S. Suber | CL | CL | A107 | 0.80 | Prepare for and attend call with local counsel re response to Plaintiff's filings |
| 09/24/25 | S. Suber | CL | CL | A121 | 0.70 | Draft plan for response to rebuttal report of plaintiff expert Stockton |
| ███ | ███ | ██ | ██ | ███ | ██ | ████ |
| 09/24/25 | B. Ou | CL | CL | A103 | 0.20 | Draft notice of deposition for plaintiff's expert, Stockton |
| 09/24/25 | T. Yoshino | CL | CL | A104 | 0.50 | Address strategic issues stemming from improper rebuttal Stockton report; follow-up re: same, including instructions on next steps to team. |

**WINSTON & STRAWN LLP**

| | | | | | | |
|---|---|---|---|---|---|---|
| Mercedes-Benz AG | | | | | Invoice No. | 3066215 |
| | | | | | Invoice Date | 10/31/25 |
| | | | | | Page No. | 20 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/24/25 | G. Harrison | CL | CL | A102 | 3.10 | Conduct research Rule 26(a)(2)(D)(ii), specifically evaluating the requirements for a rebuttal report; conduct research re filing a rebuttal to a rebuttal report |
| 09/24/25 | L. Coutu | CL | CL | A106 | 0.60 | Prepare correspondence to clients re status update on plaintiff's reply in further support of motion for class certification, plaintiff's opposition to Daubert motions of S. Combs and E. Stockton, rebuttal expert report of E. Stockton, and filed reply brief in further support of motion for summary judgment |
| 09/24/25 | L. Coutu | CL | CL | A107 | 0.50 | Call with local counsel re strategy for moving to strike the rebuttal expert report of E. Stockton |
| 09/24/25 | N. Greess | CL | CL | A107 | 0.60 | Call with local counsel re motion to strike E. Stockton rebuttal |
| 09/24/25 | G. Harrison | CL | CL | A103 | 2.60 | Draft motion to strike Stockton's rebuttal report |
| ██████ | ████████ | ██ | ██ | █████ | █████ | ████████████████ ████████████████ |
| 09/25/25 | G. Harrison | CL | CL | A103 | 0.30 | Review and revise motion to strike Stockton's surrebuttal to incorporate comments |
| 09/25/25 | S. Coelho | CL | CL | A102 | 1.70 | Research case law supporting argument for good cause to amend scheduling order in light of improperly disclosed |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 3066215 |
| Invoice Date | 10/31/25 |
| Page No. | 21 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | expert report |
| 09/25/25 | T. Yoshino | CL | CL | A104 | 0.30 | Address strategic issues re: seeking to strike improper rebuttal report from plaintiff expert Stockton, as well as fall-back positions; follow-up re: same, including discussion with Y. Siebenhaar and instructions to team. |
| 09/25/25 | T. Yoshino | CL | CL | A103 | 2.10 | Substantial revision and editing of motion to strike improper rebuttal report from plaintiff expert Stockton; address strategic issues stemming from same; follow-up re: same, including instructions to team on further work needed and next steps. |
| 09/25/25 | A. Hodgson | CL | CL | A104 | 0.10 | Review and analyze correspondence between counsel re improperness of rebuttal report of plaintiff expert E. Stockton |
| 09/25/25 | L. Coutu | CL | CL | A103 | 0.40 | Revise motion to strike improper rebuttal to rebuttal expert report of E. Stockton |
| 09/25/25 | L. Coutu | CL | CL | A104 | 1.40 | Assess plaintiff's opposition to Daubert motion to exclude E. Stockton and rebuttal report of E. Stockton re strategy for reply in further support of motion to exclude |
| 09/25/25 | N. Greess | CL | CL | A103 | 1.10 | Revise motion to strike plaintiff expert E. Stockton surrebuttal report |
| 09/25/25 | S. Suber | CL | CL | A106 | 0.30 | Draft and send email to client |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.   3066215
Invoice Date   10/31/25
Page No.       22

**00046 Maadanian et al. - NFF**
**2022/02606**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | with strategy and approach for addressing Stockton report |
| 09/25/25 | S. Suber | CL | CL | A107 | 0.20 | Draft and send message to Plaintiff's counsel re withdrawing improper reply report |
| 09/25/25 | S. Suber | CL | CL | A103 | 3.70 | Edits and revisions to motion to strike plaintiff expert E. Stockton sur-rebuttal |
| 09/25/25 | G. Harrison | CL | CL | A102 | 1.60 | Analyze past case law re excluding Stockton as an expert; strategy re same |
| 09/26/25 | B. Ou | CL | CL | A103 | 0.60 | Draft declaration for S. Suber to incorporate excerpt of expert Kheyfets deposition to reply |
| 09/26/25 | B. Ou | CL | CL | A104 | 0.20 | Create exhibits of emails to opposing counsel for motion to strike |
| 09/26/25 | A. Hodgson | CL | CL | A104 | 0.10 | Analyze correspondence between counsel re possibility of entering order with the Court requiring plaintiff expert E. Stockton to sit for a deposition if rebuttal report not withdrawn |
| 09/26/25 | T. Yoshino | CL | CL | A103 | 0.70 | Further revision and editing of motion to strike improper Stockton rebuttal report; address strategic issues stemming from same, including local rules compliance and meet-and-confer matters; follow-up re: same, including instructions to team. |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3066215
Invoice Date   10/31/25
Page No.       23

**00046 Maadanian et al. - NFF**
**2022/02606**

| 09/26/25 | S. Coelho | CL | CL | A103 | 4.10 | Reivse motion to exclude rebuttal report of plaintiff expert E. Stockton to ensure accuracy to citations and address comments from local counsel |
|---|---|---|---|---|---|---|
| 09/26/25 | L. Coutu | CL | CL | A103 | 0.60 | Revise motion to exclude the sur-rebuttal report of plaintiff expert E. Stockton re incorporate comments from local counsel |
| 09/26/25 | L. Coutu | CL | CL | A104 | 0.40 | Assess strategy for filing the motion to exclude as a 14-day motion instead of a 21-day motion under local Washington rules |
| 09/26/25 | S. Suber | CL | CL | A103 | 2.50 | Final edits and revisions to motion to strike and exclude to finalize for filing |
| 09/26/25 | S. Coelho | CL | CL | A103 | 2.00 | Draft declaration for S. Suber regarding attempts at conferral and attaching exhibits to motion to exclude rebuttal report |
| 09/29/25 | B. Ou | CL | CL | A103 | 0.50 | Revise deposition notice for plaintiff expert E. Stockton |
| 09/29/25 | B. Ou | CL | CL | A121 | 0.40 | Analyze plaintiff expert E. Stockton supplemental report in preparation for drafting deposition outline |
| 09/29/25 | T. Yoshino | CL | CL | A121 | 0.30 | Analysis of strategic issues re: further push relating to Stockton deposition. |
| 09/29/25 | A. Hodgson | CL | CL | A101 | 0.20 | Prepare court reporting |

**WINSTON & STRAWN LLP**

| Mercedes-Benz AG | | Invoice No. | 3066215 |
|---|---|---|---|
| | | Invoice Date | 10/31/25 |
| | | Page No. | 24 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Name | | | Code | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | logistics re second deposition of plaintiff expert Edward Stockton |
| ███ | ███ | ███ | ██ | ███ | ██ | ██████████ ██████████ ██████████ ████████ |
| 09/29/25 | S. Suber | CL | CL | A101 | 0.50 | Prepare deposition outline and plan of attack for exclusion of plaintiff's experts |
| 09/30/25 | A. Hodgson | CL | CL | A104 | 0.10 | Analyze recently served Defendants' notice of videotaped deposition of plaintiff expert E. Stockton |
| 09/30/25 | T. Yoshino | CL | CL | A103 | 0.30 | Revise and edit second deposition notice for Stockton, including new argument to preserve on request to strike report; address strategic issues stemming from same; follow-up re: same, including instructions to S. Suber. |
| 09/30/25 | A. Hodgson | CL | CL | A101 | 0.20 | Prepare logistics re venue for deposition of plaintiff expert E. Stockton |
| 09/30/25 | B. Ou | CL | CL | A121 | 0.70 | Analyze plaintiff expert E. Stockton report responding to expert M. Kheyfets for deposition outline |
| 09/30/25 | B. Ou | CL | CL | A121 | 1.10 | Analyze plaintiff expert E. Stockton deposition transcript, defendant's Daubert motion for Stockton deposition outline |
| 09/30/25 | B. Ou | CL | CL | A121 | 1.30 | Begin drafting deposition |

## WINSTON & STRAWN LLP

Mercedes-Benz AG

**00046 Maadanian et al. - NFF**
**2022/02606**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | outline for plaintiff expert E. Stockton re supplemental report |
| 09/30/25 | B. Ou | CL | CL | A121 | 0.70 | Strategize re Stockton deposition re drafting supplemental report |
| 09/30/25 | S. Suber | CL | CL | A107 | 0.20 | Finalize and serve second deposition notice for plaintiff expert E. Stockton |
| 09/30/25 | S. Suber | CL | CL | A101 | 0.60 | Strategy and plan for deposition logistics of plaintiff expert E. Stockton |
| 09/30/25 | L. Coutu | CL | CL | A104 | 1.60 | Assess strategy for further deposition of plaintiff expert E. Stockton based on his sur-reply report |

**Invoice No.** 3066215
**Invoice Date** 10/31/25
**Page No.** 25

**Total Hours** ███

**Total for Legal Services** ███

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| A. Hodgson | ███ | 240.00 | ███ |
| S. Suber | ███ | 800.00 | ███ |
| S. Coelho | ███ | 495.00 | ███ |
| N. Greess | ███ | 495.00 | ███ |
| B. Ou | ███ | 395.00 | ███ |
| G. Harrison | ███ | 395.00 | ███ |
| L. Coutu | ███ | 600.00 | ███ |
| T. Yoshino | ███ | 925.00 | ███ |
| K. Frederick | ███ | 290.00 | ███ |
| C. Laney | ███ | 290.00 | ███ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.   3066215
Invoice Date   10/31/25
Page No.   26

**00046 Maadanian et al. - NFF**
**2022/02606**

**Total Attorney/Other Prof**    ███    ███████

Disbursement Fixed Fee    █████

**Total Disbursements & Other Charges**    █████

**Total Due This Invoice**    ███████

# WINSTON & STRAWN LLP

300 N. LaSalle Dr.
Chicago, IL  60654-3406
TAX ID NO. ███████

Mercedes-Benz AG



| | |
|---|---|
| Invoice # | 3066215 |
| Invoice Date | 10/31/25 |
| Client Matter No. | ████████  |

## Client Remittance Copy

Total Fees ███████
Total Disbursements & Other Charges
**Total Due This Invoice** ███████



# WINSTON & STRAWN LLP
### 300 N. LaSalle Dr.
### Chicago, IL  60654-3406
TAX ID NO. █████████

Mercedes-Benz AG



| | |
|---|---|
| Invoice # | 3066215 |
| Invoice Date | 10/31/25 |
| Client Matter No. | ███████ |

## Remittance Advice
### Please include this remittance page with your payment

Total Fees
Total Disbursements & Other Charges
**Total Due This Invoice**

