# EXHIBIT D

# WINSTON & STRAWN LLP

300 N. LaSalle Dr.
Chicago, IL  60654-3406
TAX ID NO. ██████

| | |
|---|---|
| Mercedes-Benz AG | Invoice No.        3067738 |
| ██████ | Invoice Date      11/30/25 |
| ██████ | Client Matter No.        ██████ |
| ██████ | |
| ██████ | |

For Legal Services Rendered Through October 31, 2025 In Connection With:
**00046 Maadanian et al. - NFF**
2022/02606

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| 10/01/25 | B. Ou | CL | CL | A103 | 3.80 | Continue drafting deposition outline for Stockton re supplemental report |
| 10/01/25 | A. Hodgson | CL | CL | A121 | 0.10 | Analyze correspondence between counsel re request to Plaintiffs to provide Defendants with the supplemental data and materials relied on and related to expert E. Stockton's latest expert report |
| 10/01/25 | S. Suber | CL | CL | A107 | 0.50 | Draft and send correspondence to plaintiffs' counsel demanding expert reliance data |
| 10/02/25 | B. Ou | CL | CL | A103 | 6.40 | Continue drafting deposition outline for Stockton deposition re surrebuttal report |
| 10/02/25 | G. Harrison | CL | CL | A103 | 1.20 | Draft module for Stockton deposition re previous exclusions in other litigation |
| 10/02/25 | T. Yoshino | CL | CL | A121 | 0.40 | Analysis of further strategic |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 2 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | issues re: Stockton surrebuttal, deposition, and other pending items; address strategic issues stemming from same; follow-up re: same. |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/02/25 | N. Greess | CL | CL | A104 | 0.40 | Analyze plaintiff expert E. Stockton rebuttal report in preparation for call with expert M. Kheyfets |
| 10/02/25 | A. Hodgson | CL | CL | A121 | 0.10 | Analyze recently served amended notice of deposition of plaintiff expert E. Stockton |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/02/25 | S. Suber | CL | CL | A107 | 0.40 | Correspond with Plaintiff's counsel re amended notice of deposition to revise same |
| 10/03/25 | B. Ou | CL | CL | A121 | 0.50 | Review and analyze deposition materials in preparation for deposition of plaintiff expert E. Stockton |
| 10/03/25 | S. Suber | CL | CL | A103 | 0.70 | Prepare drafting outline and strategy regarding plaintiff expert E. Stockton reply report and finalize approach for reply |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | | |
|---|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 3 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| 10/03/25 | L. Coutu | CL | CL | A113 | 0.40 | Call with expert M. Kheyfets re strategy for further deposition of plaintiff expert E. Stockton |
| 10/04/25 | S. Suber | CL | CL | A103 | 4.00 | Revise quesitoning strategy and integrate expert rebuttal points for Stockton deposition outline |
| 10/04/25 | L. Coutu | CL | CL | A121 | 1.10 | Assess draft expert deposition outline for E. Stockton in preparation for revisions regarding new theories of liability in Stockton sur-rebuttal report |
| 10/05/25 | S. Suber | CL | CL | A103 | 6.00 | Revise, edit and finalize draft of outline re plaintiff expert E. Stockton depostion |
| 10/05/25 | S. Suber | CL | CL | A121 | 0.50 | Review and analyze deposition question proposals from M. Kheyfets and his expert team |
| 10/05/25 | L. Coutu | CL | CL | A121 | 1.10 | Assess plaintiff expert E. Stockton May report re preparation for revising expert deposition outline |
| 10/05/25 | L. Coutu | CL | CL | A121 | 1.20 | Assess plaintiff expert E. Stockton September report re preparation for revising expert deposition outline |
| 10/05/25 | L. Coutu | CL | CL | A121 | 1.80 | Assess plaintiff's motion for class certification and reply brief re preparation for |

# WINSTON & STRAWN LLP

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 4 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | revising deposition outline of plaintiff expert E. Stockton |
| 10/05/25 | L. Coutu | CL | CL | A121 | 0.80 | Assess plaintiff's opposition to Daubert motion as to plaintiff expert E. Stockton re preparation for revising deposition outline of plaintiff expert E. Stockton |
| 10/05/25 | L. Coutu | CL | CL | A121 | 1.40 | Assess comments and edits to expert deposition outline re preparation for revising deposition outline of plaintiff expert E. Stockton |
| 10/05/25 | L. Coutu | CL | CL | A103 | 2.30 | Revise expert deposition outline of E. Stockton to incorporate comments and edits |
| ███████ | ███████ | ██ | ██ | ████ | ███ | ████████████████ ██████████████ ████████████ ████████████████ ██████ |
| 10/06/25 | G. Harrison | CL | CL | A104 | 0.20 | Confirm updated briefing schedule for motion to exclude plaintiff expert E. Stockton, specifically plaintiff's response and MBUSA's reply |
| 10/06/25 | L. Coutu | CL | CL | A121 | 2.40 | Assess July 2025 deposition transcript of E. Stockton re preparation for second deposition of plaintiff expert E. Stockton |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.        3067738
Invoice Date     11/30/25
Page No.               5

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| 10/06/25 | A. Hodgson | CL | CL | A121 | 0.10 | Analyze correspondence between counsel re invoice materials needed for second deposition of plaintiff expert E. Stockton |
| 10/06/25 | A. Hodgson | CL | CL | A101 | 0.30 | Prepare final court reporting and venue logistics for deposition of plaintiff expert E. Stockton |
| 10/06/25 | S. Suber | CL | CL | A112 | 1.60 | Billable travel from Chicago to Tucson, Arizona for deposition of plaintiff's expert E. Stockton (6.5 hours traveled; 0 hours worked; only quarter billed; 1.6 hours billed to travel) |
| 10/06/25 | S. Suber | CL | CL | A101 | 4.40 | Prepare for deposition of plaintiff expert E. Stockton by finalizing outline edits and revisions and exhibit preparation |
| ███ | ███ | █ | █ | █ | █ | ██████ |
| 10/07/25 | A. Hodgson | CL | CL | A121 | 0.10 | Analyze recently received rough transcript re second deposition of plaintiff expert E. Stockton |
| 10/07/25 | L. Coutu | CL | CL | A109 | 5.00 | Prepare for and attend deposition of plaintiff expert E. Stockton |

# WINSTON & STRAWN LLP

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 6 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| 10/07/25 | L. Coutu | CL | CL | A106 | 0.40 | Prepare correspondence to clients re status update on further deposition of plaintiff expert E. Stockton |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| 10/07/25 | S. Suber | CL | CL | A109 | 5.00 | Prepare for and attend deposition of plaintiff expert E. Stockton |
| 10/07/25 | S. Suber | CL | CL | A112 | 1.90 | Billable portion of return travel from Tucson, Arizona to Chicago, Illinois following deposition of plaintiff's expert E. Stockton (7.6 hours traveled; 0 hours worked; only quarter billed; 1.9 hours billed to travel) |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |

**WINSTON & STRAWN LLP**

| Mercedes-Benz AG | Invoice No. | 3067738 |
| --- | --- | --- |
| | Invoice Date | 11/30/25 |
| | Page No. | 7 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | ██████████ ██████ ██████ ██████ ██████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██████████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██████████ ██████ ██████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██████████ ██████ ██████ ██████ ██████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██████████ ██████ ██████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██████████ ██████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.  3067738
Invoice Date  11/30/25
Page No.  8

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|--------------------|------|-------|----------|-------|-------------|
| | | | | | | ██████ |
| ████ | ████ | █ | █ | █ | █ | ██████ |
| ████ | ████ | █ | █ | █ | █ | ██████ |
| ████ | ████ | █ | █ | █ | █ | ██████ |
| 10/10/25 | A. Hodgson | CL | CL | A121 | 0.20 | Analyze recently received final transcript and exhibits re second deposition of plaintiff expert E. Stockton; analyze correspondence between counsel re discrepancies between errata sheet for first deposition of plaintiff expert E. Stockton and video of first deposition |
| ████ | ████ | █ | █ | █ | █ | ██████ |
| ████ | ████ | █ | █ | █ | █ | ██████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 9 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| 10/13/25 | L. Coutu | CL | CL | A104 | 0.90 | Assess plaintiff's opposition to motion to strike sur-rebuttal report of E. Stockton re strategy for responding to same |
| 10/13/25 | S. Suber | CL | CL | A104 | 0.60 | Review and analyze plaintiff's response to defendant's motion to strike improper sur-rebuttal report by plaintiff expert E. Stockton |
| 10/14/25 | G. Harrison | CL | CL | A104 | 2.20 | Review and analyze plaintiff's opposition to defendants' motion to exclude plaintiff expert E. Stockton's September 23, 2025 expert report in preparation for reply to Daubert motion to exclude testimony of same |
| 10/14/25 | L. Coutu | CL | CL | A104 | 0.60 | Assess strategy for reply in further support of motion to strike sur-rebuttal report of plaintiff expert E. Stockton |
| 10/14/25 | G. Harrison | CL | CL | A103 | 2.40 | Draft reply in support of motion to exclude plaintiff expert E. Stockton's September 23, 2025 report, specifically re E. Stockton offering new opinions in the report |
| 10/14/25 | G. Harrison | CL | CL | A103 | 1.60 | Draft reply in support of motion to exclude plaintiff expert E. Stockton's September 23, 2025 report, specifically re expert M. |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Invoice No. | 3067738 | |
| | | | | Invoice Date | 11/30/25 | |
| | | | | Page No. | 10 | |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | Kheyfets offering no affirmative opinions |
| 10/14/25 | G. Harrison | CL | CL | A102 | 1.90 | Conduct research re standards for a rebuttal and affirmative expert report re reply in support of Daubert motion to exclude testimony of plaintiff expert E. Stockton |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.60 | Assess draft reply brief in further support of motion to strike sur-rebuttal report of plaintiff expert E. Stockton re preparation for revising same |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.50 | Assess motion to strike sur-rebuttal report of plaintiff expert E. Stockton re preparation for revising reply brief |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.60 | Assess plaintiff's opposition motion to strike sur-rebuttal report of plaintiff expert E. Stockton re preparation for revising reply brief |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.60 | Assess expert M. Kheyfets rebuttal report re preparation for revising reply brief in further support of motion to strike sur-rebuttal report of plaintiff expert E. Stockton |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.80 | Assess M. Kheyfets expert deposition re preparation for revising reply brief in further support of motion to strike sur-rebuttal report of plaintiff |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3067738
Invoice Date   11/30/25
Page No.          11

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | expert E. Stockton |
| 10/15/25 | L. Coutu | CL | CL | A104 | 0.50 | Assess plaintiff expert E. Stockton deposition testimony re preparation for revising reply brief in further support of motion to strike sur-rebuttal report of E. Stockton |
| 10/15/25 | G. Harrison | CL | CL | A102 | 1.20 | Conduct legal research distinguishing plaintiff's case law in opposition to defendants' motion to exclude Stockton's sur-rebuttal report |
| 10/15/25 | S. Suber | CL | CL | A104 | 0.40 | Review and analyze first draft of reply and request confirmation on analysis of "new opinions" issue for next-day edits |
| 10/16/25 | T. Yoshino | CL | CL | A103 | 1.20 | Substantial revision and editing of reply brief in support of motion to exclude second report by plaintiff expert E. Stockton; address strategic issues stemming from same; follow-up re: same, including instructions to team on further work needed. |
| 10/16/25 | G. Harrison | CL | CL | A102 | 0.30 | Conduct research re reply in support of motion to exclude plaintiff expert E. Stockton's sur-rebuttal report, specifically re failure to respond to arguments in an opening motion |
| 10/16/25 | N. Greess | CL | CL | A103 | 0.80 | Revise reply in support of |

# WINSTON & STRAWN LLP

Mercedes-Benz AG

**00046 Maadanian et al. - NFF**
**2022/02606**

Invoice No.     3067738
Invoice Date    11/30/25
Page No.              12

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| | | | | | | motion to exclude plaintiff expert E. Stockton sur-rebuttal |
| 10/16/25 | S. Suber | CL | CL | A103 | 4.00 | Revise and edit reply supporting motion to exclude plaintiff expert E. Stockton sur-rebuttal; strategy re citations, exhibits, and declaration |
| ███ | ███ | █ | █ | ██ | █ | ████████ |
| 10/16/25 | G. Harrison | CL | CL | A103 | 0.70 | Revise and edit draft of reply in support of motion to exclude plaintiff expert E. Stockton's sur-rebuttal to incorporate comments from local counsel |
| 10/16/25 | G. Harrison | CL | CL | A104 | 0.60 | Confirm deposition citations re reply in support of motion to exclude plaintiff expert E. Stockton's sur-rebuttal |
| ███ | ███ | █ | █ | ██ | █ | ████████ |
| 10/16/25 | N. Greess | CL | CL | A103 | 0.70 | Analyze local counsel's revision to reply; revise to ensure all comments and edits incorporated |
| 10/17/25 | S. Suber | CL | CL | A103 | 1.20 | Review and finalize reply supporting motion to exclude plaintiff expert E. Stockton sur-rebuttal |

## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No. 3067738
Invoice Date 11/30/25
Page No. 13

**00046 Maadanian et al. - NFF 2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| 10/17/25 | G. Harrison | CL | CL | A104 | 1.30 | Cite check and proofread reply supporting motion to exclude plaintiff expert E. Stockton's sur-rebuttal |
| 10/17/25 | T. Yoshino | CL | CL | A104 | 0.40 | Analysis of further issues re: reply brief seeking to strike plaintiff expert E. Stockton sur-rebuttal report; follow-up re: same, including instructions to team. |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ████████████████ |
| 10/17/25 | G. Harrison | CL | CL | A104 | 1.00 | Review and confirm no concerns re confidentiality or |

## WINSTON & STRAWN LLP

Mercedes-Benz AG

| | |
|---|---|
| Invoice No. | 3067738 |
| Invoice Date | 11/30/25 |
| Page No. | 14 |

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
| | | | | | | sealing in deposition excerpts re reply supporting motion to exclude plaintiff expert E. Stockton's sur-rebuttal in preparation for filing same |
| 10/17/25 | G. Harrison | CL | CL | A104 | 0.60 | Review and excerpt deposition transcript exhibits for filing with reply supporting motion to exclude plaintiff expert E. Stockton's sur-rebuttal |
| ██████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |
| ██████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |
| ██████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |
| ██████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |
| ██████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.    3067738
Invoice Date    11/30/25
Page No.    15

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ████████████ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ██████████ |
|  |  |  |  |  |  | █████████ |
|  |  |  |  |  |  | ███████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | ██████ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ██████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | ██████████ |
|  |  |  |  |  |  | █ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ████████████ |
|  |  |  |  |  |  | █████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | █████████ |
|  |  |  |  |  |  | █ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ██████████ |
|  |  |  |  |  |  | ███████████ |
|  |  |  |  |  |  | ██████████ |
|  |  |  |  |  |  | █████████ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ███████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | █████████ |
|  |  |  |  |  |  | ██████ |
| █████ | ██████ | ██ | ██ | ███ | ██ | ███████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | ████████████ |
|  |  |  |  |  |  | █████████ |
|  |  |  |  |  |  | ██████████ |
|  |  |  |  |  |  | ████████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No. 3067738
Invoice Date 11/30/25
Page No. 16

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| ███ | ███ | ██ | ██ | ██ | ██ | ████ ███ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ █████ ██ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ █████ ██ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ █████ ███ |
| ███ | ███ | ██ | ██ | ██ | ██ | ████ ████ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ ████ ████ █████ ████ ████ █ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ ████ ███ |
| ███ | ███ | ██ | ██ | ██ | ██ | █████ ████ ██ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.        3067738
Invoice Date     11/30/25
Page No.               17

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| ███ | ████ | █ | █ | █ | █ | ████████ ██████ ██████ ███████ |
| ███ | ████ | █ | █ | █ | █ | ██████████ ██████████ ████████ ██████ |
| ███ | ████ | █ | █ | █ | █ | ████████ ███████ ██████ |
| ███ | ████ | █ | █ | █ | █ | ████████ █████████ █████████ █████████ ████████ ███████ |
| ███ | ████ | █ | █ | █ | █ | ████████ ███████████ █████ ██ |
| ███ | ████ | █ | █ | █ | █ | ████████████ ████████ |
| ███ | ████ | █ | █ | █ | █ | ███████ █████████ █████████ ██████ |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG

Invoice No.　　3067738
Invoice Date　11/30/25
Page No.　　　　18

**00046 Maadanian et al. - NFF**
**2022/02606**

| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| ███ | ███ | █ | █ | █ | █ | ████████ |
| ███ | ████ | █ | █ | █ | █ | █████████ |
| ███ | ████ | █ | █ | █ | █ | █████████ |
| ███ | ████ | █ | █ | █ | █ | █████████ |
| ███ | ███ | █ | █ | █ | █ | █████████ |
| ███ | ███ | █ | █ | █ | █ | █████████ |
| ███ | ████ | █ | █ | █ | █ | █████████ |
| ███ | ███ | █ | █ | █ | █ | █████████ |

## WINSTON & STRAWN LLP

Mercedes-Benz AG

Invoice No.        3067738
Invoice Date      11/30/25
Page No.              19

**00046 Maadanian et al. - NFF**
**2022/02606**



| Date | Attorney/Other Prof | Task | Phase | Activity | Hours | Description |
|------|---------------------|------|-------|----------|-------|-------------|
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ | █ | █ |

**Total Hours** █

**Total for Legal Services** █

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---------------------|-------|------|-------------|
| A. Hodgson | █ | 240.00 | █ |
| S. Suber | | 800.00 | |
| S. Coelho | | 495.00 | |
| N. Greess | | 495.00 | |
| B. Ou | | 395.00 | |
| G. Harrison | | 395.00 | |
| L. Coutu | | 600.00 | |
| T. Yoshino | | 925.00 | |

**WINSTON & STRAWN LLP**

Mercedes-Benz AG                                                          Invoice No.        3067738
                                                                         Invoice Date       11/30/25
                                                                         Page No.                20

**00046 Maadanian et al. - NFF**
**2022/02606**

_____                              _____

**Total Attorney/Other Prof**        ██████                    ██████

Disbursement Fixed Fee                                            ██████

**Total Disbursements & Other Charges**                     ██████

**Total Due This Invoice**                               ██████

# WINSTON & STRAWN LLP

300 N. LaSalle Dr.
Chicago, IL  60654-3406
TAX ID NO.

Mercedes-Benz AG



Invoice #            3067738
Invoice Date         11/30/25
Client Matter No.

### Client Remittance Copy

Total Fees
Total Disbursements & Other Charges
**Total Due This Invoice**



# WINSTON & STRAWN LLP

300 N. LaSalle Dr.
Chicago, IL  60654-3406
TAX ID NO. ████████

Mercedes-Benz AG



Invoice #          3067738
Invoice Date       11/30/25
Client Matter No.

## Remittance Advice

Please include this remittance page with your payment

Total Fees                                    ████████
Total Disbursements & Other Charges           ████████
**Total Due This Invoice**                    ████████