# EXHIBIT E

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: ███████

1301 Second Avenue
Suite 2800
Seattle, WA 98101-3808
Tel 206.223.7000
Fax 206.223.7107

Troy Yoshino                                        October 16, 2025
Winston & Strawn LLP                                Invoice No. 20251006525
101 California Street
Suite 3500
San Francisco, CA 94111

Client:     Mercedes-Benz USA, LLC (130057.00)

Matter:     Seyyed Maadanian Class Action SPB's file number: 439306.03034 SPB Coordinating Attorney
            responsible: Troy M. Yoshino (71009947)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2025

### INVOICE SUMMARY

Professional Fees                                              ███████

**Total Invoice Amount**                                       ███████


Fees Billed Year To Date                              ███████

████████████████

Erin M. Wilson

October 16, 2025
Invoice No. 20251006525

## Professional Services

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| ████ | ████ | ████████████████ | ██ | ██ |
| ████ | ████ | ███████████████ | ██ | ██ |
| ████ | ████ | ████████████████ | ██ | ██ |
| ████ | ████ | ████████████████ ████ | ██ | ██ |
| ████ | ████ | ████████████████ ███ | ██ | ██ |
| ████ | ████ | ████████████████ ████████ | ██ | ██ |
| ████ | ████ | ████████████████ ████████ | ██ | ██ |
| ████ | ████ | ████████████████ ██████ | ██ | ██ |
| ████ | ████ | ████████████████ ████ | ██ | ██ |
| ████ | ████ | ████████████████ ██████ | ██ | ██ |
| ████ | ████ | ████████████████ ████████ | ██ | ██ |
| ████ | ████ | ████████████████ ███████ | ██ | ██ |
| ████ | ████ | ████████████████ ██ | ██ | ██ |
| ████ | ████ | ████████████████ ███████ | ██ | ██ |

130057.00 - 71009947
Erin M. Wilson

October 16, 2025
Invoice No. 20251006525

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| ███ | ███ | ████████ | █ | █ |
| ███ | ███ | ████████ | █ | █ |
| ███ | ███ | ████████ | █ | █ |
| 09/24/25 | Wilson,E.M. | Review and analyze rebuttal report filed by plaintiff's counsel and communicate with co-counsel on strategy in response to same | 1.30 | 754.00 |
| 09/24/25 | Devlin,J.S. | Review and analyze Plaintiff's rebuttal expert report of E. Stockton in response to expert report of M. Kheyfets | 0.80 | 512.00 |
| 09/24/25 | Devlin,J.S. | Strategy conference call with S. Suber and L. Coutu regarding planned motion in response to Plaintiff's supplemental expert report, including related local rules | 0.70 | 448.00 |
| ███ | ███ | ████████ | █ | █ |
| ███ | ███ | ████████ | █ | █ |
| ███ | ███ | ████████ | █ | █ |
| 09/25/25 | Wilson,E.M. | Analyze issues re rebuttal report of plaintiff's expert and draft communications re strategy on same | 0.30 | 174.00 |
| 09/25/25 | Devlin,J.S. | Correspondences among defense team regarding response to Plaintiff's rebuttal expert report and related local rules | 0.30 | 192.00 |
| 09/26/25 | Wilson,E.M. | Draft and revise motion to exclude testimony of plaintiff's expert witness and draft numerous strategy communications re same | 1.30 | 754.00 |
| 09/26/25 | Devlin,J.S. | Correspondences among defense team regarding draft proposed order granting motion to strike supplemental expert report of E. Stockton or, in the alternative, relief from scheduling order | 0.30 | 192.00 |

Erin M. Wilson

October 16, 2025
Invoice No. 20251006525

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09/26/25 | Devlin,J.S. | Correspondences among defense team regarding revisions to motion to strike supplemental expert report of E. Stockton or, in the alternative, relief from scheduling order | 0.30 | 192.00 |
| 09/26/25 | Devlin,J.S. | Correspondences among defense team regarding local rules pertaining to meet and confer requirements and documentation of requests for withdrawal of Plaintiff's rebuttal expert report | 0.30 | 192.00 |
| 09/29/25 | Wilson,E.M. | Review communications re deposition status for expert witness | 0.10 | 58.00 |
| 09/29/25 | Devlin,J.S. | Correspondences from opposing counsel regarding Stockton expert deposition | 0.20 | 128.00 |
| 09/30/25 | Wilson,E.M. | Review communications re deposition of plaintiff's expert witness | 0.10 | 58.00 |
| 09/30/25 | Devlin,J.S. | Correspondences among counsel regarding deposition of Plaintiff's proposed expert E. Stockton, including demand for withdrawal of E. Stockton supplemental expert report | 0.30 | 192.00 |
| **Total Fees** | | | ██ | ████ |

## Summary of Professional Fees

| Professional | Title | Billed Hours | Billed Rate | Billed Amount |
|-------------|-------|-------------|-------------|---------------|
| Devlin,J.S. | Partner | ██ | 640.00 | ████ |
| Wilson,E.M. | Partner | ██ | 580.00 | ████ |
| **Total Fees** | | ██ | | ████ |

# Ballard Spahr
LLP

TAX IDENTIFICATION NO: ███

1301 Second Avenue
Suite 2800
Seattle, WA 98101-3808
Tel 206.223.7000
Fax 206.223.7107

Troy Yoshino
Winston & Strawn LLP
101 California Street
Suite 3500
San Francisco, CA 94111

October 16, 2025
Invoice No. 20251006525

Client:    Mercedes-Benz USA, LLC ███

Matter:    Seyyed Maadanian Class Action SPB's file number: ███ SPB Coordinating Attorney
responsible: Troy M. Yoshino ███

**FOR PROFESSIONAL SERVICES RENDERED through September 30, 2025**

### REMITTANCE ADVICE

Professional Fees

**Total Invoice Amount**



Fees Billed Year To Date