# EXHIBIT F

# Ballard Spahr
**LLP**

TAX IDENTIFICATION NO: ███████

1301 Second Avenue
Suite 2800
Seattle, WA 98101-3808
Tel 206.223.7000
Fax 206.223.7107

Troy Yoshino                                          November 18, 2025
Winston & Strawn LLP                                 Invoice No. 20251107291
101 California Street
Suite 3500
San Francisco, CA 94111

Client:      Mercedes-Benz USA, LLC (███████)

Matter:      Seyyed Maadanian Class Action SPB's file number: ███████ SPB Coordinating Attorney
             responsible: Troy M. Yoshino (71009947)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2025

## INVOICE SUMMARY

Professional Fees                                                      ███████

**Total Invoice Amount**                                              ███████


             Fees Billed Year To Date                          ███████

130057.00 - 71009947
Erin M. Wilson

November 18, 2025
Invoice No. 20251107291

## Professional Services

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/01/25 | Wilson,E.M. | Review communications re extended deposition of plaintiff's expert witness | 0.10 | 58.00 |
| 10/01/25 | Devlin,J.S. | Correspondences among Plaintiff's counsel and defense team regarding pending deposition of Plaintiff's expert E. Stockton, including related document request | 0.20 | 128.00 |
| 10/02/25 | Wilson,E.M. | Exchange communications re agreement to plaintiff's expert deposition following motions practice | 0.10 | 58.00 |
| 10/02/25 | Devlin,J.S. | Correspondence from opposing counsel regarding production of documents related to supplemental report of Plaintiff's expert E. Stockton in advance of pending deposition | 0.20 | 128.00 |
| 10/06/25 | Devlin,J.S. | Correspondence from opposing counsel regarding supplemental production of expert documents | 0.30 | 192.00 |
| ███ | ███ | ████████████ | █ | █ |
| ███ | ███ | ████████████ | █ | █ |
| ███ | ███ | ████████████ | █ | █ |
| 10/10/25 | Devlin,J.S. | Correspondences among counsel regarding corrections to Stockton deposition transcript errata form | 0.30 | 192.00 |
| 10/14/25 | Wilson,E.M. | Review and analyze plaintiff's opposition re motion to exclude expert report | 0.30 | 174.00 |
| 10/14/25 | Devlin,J.S. | Correspondences from and in response to national counsel regarding confirmation of deadline to file reply in support of motion to strike expert testimony | 0.30 | 192.00 |
| 10/14/25 | Devlin,J.S. | Review and analyze Plaintiff's opposition to motion to strike supplemental Stockton expert report, including related correspondence among counsel | 0.90 | 576.00 |
| 10/16/25 | Wilson,E.M. | Edit and revise reply in support of motion to exclude Stockton rebuttal | 0.80 | 464.00 |

130057.00 - 71009947
Erin M. Wilson

November 18, 2025
Invoice No. 20251107291

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/16/25 | Devlin,J.S. | Correspondences with defense team regarding proposed revisions to Reply in Support of Motion to Exclude Stockton's supplemental Report or amend deadlines | 0.30 | 192.00 |
| 10/16/25 | Devlin,J.S. | Review and revise Reply in Support of Motion to Exclude Stockton's supplemental Report or amend deadlines | 1.40 | 896.00 |
| 10/17/25 | Devlin,J.S. | Correspondences among counsel and to the court regarding reply in support of motion to strike Stockton report, including supporting declaration and exhibits | 0.30 | 192.00 |

**Total Fees**

███████████████
Erin M. Wilson

## Summary of Professional Fees

| Professional | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| Devlin,J.S. | Partner | ██ | 640.00 | ████ |
| Wilson,E.M. | Partner | ██ | 580.00 | ████ |
| **Total Fees** | | ██ | | ████ |

# Ballard Spahr
LLP

TAX IDENTIFICATION NO: 23-0382195

1301 Second Avenue
Suite 2800
Seattle, WA 98101-3808
Tel 206.223.7000
Fax 206.223.7107

Troy Yoshino
Winston & Strawn LLP
101 California Street
Suite 3500
San Francisco, CA 94111

November 18, 2025
Invoice No. 20251107291

Client:      Mercedes-Benz USA, LLC ▮▮▮▮▮

Matter:      Seyyed Maadanian Class Action SPB's file number ▮▮▮▮▮ SPB Coordinating Attorney responsible: Troy M. Yoshino ▮▮▮▮▮

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2025

## REMITTANCE ADVICE

Professional Fees                                                    ▮▮▮▮▮

**Total Invoice Amount**                                             ▮▮▮▮▮

Fees Billed Year To Date                            ▮▮▮▮▮