# EXHIBIT G

▮▮▮▮▮▮▮▮▮▮▮

**From:** Baggins Gourmet Sandwiches Online Ordering <noreply@olo.com>
**Sent:** Monday, October 6, 2025 2:18 PM
**To:** Concierge SF
**Subject:** Baggins Gourmet Sandwiches Order Received

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**VALENCIA AND COUNTRY CLUB**
3191 E Valencia Rd, Tucson, AZ 85706
Country Club
▮▮▮▮▮▮▮

Order # 38613433311854593

Customer Name:                                    Saul Munguia

Customer Email:                                   ▮▮▮▮▮▮▮▮▮

Customer Contact Number:                          ▮▮▮▮▮▮

**Payment Method: Credit Card Mastercard ▮▮▮▮. Amount: $218.27**

**ORDER FOR DELIVERY (Estimated Delivery Time)**
Order scheduled for delivery at **12:00 PM**, TOMORROW (TUESDAY, 10/7/2025)

**Deliver To:**
2505 East Executive Drive
Tucson
▮▮▮▮▮▮▮
Instructions: Sean Suber ▮▮▮▮▮▮▮ in Meeting Room
B.

**Delivery Tracking:**
Refer to the link provided to get the latest updates on your
delivery, including the delivery provider assigned to your          [Track My Order](#)
order.

Please be advised all deliveries from BGS website will be delivered by a 3rd party driver.
We do not guarantee delivery times. Thank you for ordering local today and here's 10% off
your next order with us. Use code Baggins10. Limit one time use.

| | | | |
|---|---|---|---|
| 2 x Club | (2 x $14.95) | = | $29.90 |
| &bull; 1 x NO Bread Change | | | |
| 2 x Unforgettable | (2 x $15.25) | = | $30.50 |
| &bull; 1 x NO Bread Change | | | |
| 2 x French Dip | (2 x $14.50) | = | $29.00 |

- 1 x NO Bread Change

| | | | |
|---|---|---|---|
| 2 x Cowboy | (2 x $15.25) | = | $30.50 |

- 1 x NO Bread Change

| | | | |
|---|---|---|---|
| 1 x Chicken Caesar Salad | (1 x $14.55) | = | $14.55 |

- 1 x NO Bread Bowl
- 1 x Caesar

| | | | |
|---|---|---|---|
| 2 x Gourmet Garden Salad | (2 x $11.25) | = | $22.50 |

- 1 x NO Bread Bowl
- 1 x Ranch

| | | | |
|---|---|---|---|
| 1 x Jalapeno Chips | (1 x $2.60) | = | $2.60 |
| 1 x BBQ Chips | (1 x $2.60) | = | $2.60 |
| 1 x Sea Salt Chips | (1 x $2.50) | = | $2.50 |
| 4 x Salt & Pepper Chips | (4 x $2.60) | = | $10.40 |
| SUBTOTAL | | | $175.05 |
| DELIVERY CHARGE | | | $7.99 |
| TAX | | | $15.23 |
| TIP | | | $20.00 |
| **TOTAL** | | | **$218.27** |

Thank you for ordering with us.

Note: Add noreply@olo.com to your safe-senders list so that you are sure to receive our messages.
For order or delivery issues, please contact VALENCIA AND COUNTRY CLUB at (520) 917-5070.
Order placed at 2:17 PM

# Uber

October 8, 2025

## Here's your receipt for your ride, Sean

We hope you enjoyed your ride this morning.

| | |
|---|---|
| Total | $100.67 |

| | |
|---|---|
| Trip fare | $100.67 |

| | |
|---|---|
| Subtotal | $100.67 |

## Payments

Winston & Strawn LLP
10/8/25 12:56 AM

$100.67

Visit the trip page for more information, including invoices (where available)

---

Trip type: Business

Trip ID: cb5b1937-1ccd-4e1a-8ff5-5bbd82c813ed

Full Name: Sean Suber

Expense Code: ██████████████████████████

You rode with Fuad
Issued on behalf of Fuad

Business Black    27.46 miles | 36 minutes

12:20 AM | Terminal 1, O'Hare International Airport (ORD), Chicago, IL 60666, US

12:56 AM | 6907 S Constance Ave, Chicago, IL 60649-1507, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**Davis, Lisa**

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, October 15, 2025 11:29 AM |
| **To:** | Coutu, Lisa |
| **Subject:** | Fwd: Your Wednesday morning trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 8, 2025 at 11:49:34 AM EDT
> **To**
> **Subject: Your Wednesday morning trip with Uber**
> **Reply-To:** no-reply@replies.uber.com

Total **$15.86**
October 8, 2025

# Total                          $15.86

| | |
|---|---|
| Trip fare | $9.02 |
| Subtotal | $9.02 |
| Airport Surcharge | $3.50 |

Booking Fee  $3.34

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with AMI

4.98 Rating          Has passed a multi-step safety screen

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

Comfort   1.25 miles | 4 minutes

**8:44 AM**
2505 E Executive Dr, Tucson, AZ 85756, US

**8:49 AM**
7250 S Tucson Blvd, Tucson, AZ 85756, US

Report lost item ›          Contact support ›          My trips ›

2



**Davis, Lisa**

| | |
|---|---|
| **From:** | ███████████████████████████ |
| **Sent:** | Wednesday, October 15, 2025 11:29 AM |
| **To:** | Coutu, Lisa |
| **Subject:** | Fwd: Your Wednesday evening trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 8, 2025 at 10:16:01 PM EDT
> **To:** ████████████████████████████
> **Subject: Your Wednesday evening trip with Uber**
> **Reply-To:** no-reply@replies.uber.com



Total **$52.99**
October 8, 2025

# Total                    $52.99

In May 2025 in New Jersey, roughly 31% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. [Take action to bring down costs.](#)

1

| | |
|---|---|
| Trip fare | $30.71 |

| | |
|---|---|
| Subtotal | $30.71 |
| Booking Fee  | $9.28 |
| EWR Airport Surcharge | $2.50 |
| State Surcharge | $0.50 |
| Tip | $10.00 |

**Payments**

 $52.99

**Switch Payment Method**

**Download PDF**

# You rode with GIA

**4.89** Rating          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**



Comfort    11.55 miles | 25 minutes

**9:36 PM**

Terminal C, Newark Liberty
International Airport (EWR),
Newark, NJ 07114, US

**10:02 PM**

131 Dudley St, Jersey City, NJ
07302-4604, US

Report lost item ›          Contact support ›          My trips ›
                            Contact support ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

3

**Davis, Lisa**

**From:**
**Sent:**            Wednesday, October 15, 2025 4:31 PM
**To:**              Coutu, Lisa
**Subject:**         Fwd: Your Monday evening trip with Uber

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 8, 2025 at 11:50:47 AM EDT
> **To:**
> **Subject: Your Monday evening trip with Uber**
> **Reply-To:** no-reply@replies.uber.com

|  | Total **$15.47** |
|---|---|
|  | October 6, 2025 |

# Total                  $15.47

| | |
|---|---|
| Trip fare | $7.99 |
| Subtotal | $7.99 |
| Airport Surcharge | $3.50 |

1

| Booking Fee  | $1.98 |
|---|---|
| Tip | $2.00 |

**Payments**

|  |  | $13.47 |
|---|---|---|
|  |  | $2.00 |

**Switch Payment Method**

**Download PDF**

## You rode with Abid

**4.99** Rating          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberXL    0.99 miles | 2 minutes

**8:47 PM**

2



7250 S Tucson Blvd, Tucson, AZ 85756, US

**8:49 PM**

2505 E Executive Dr, Tucson, AZ 85756, US

**Report lost item ›**

**Contact support ›**
**Contact support ›**

**My trips ›**

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158



**Courtyard by Marriott®** Tucson Airport
2505 E Executive Drive, Tucson, Az 85756 **P** 520.573.0000
**Marriott.com/TUSCA**

| Sean Suber | Room: 162 |
| | Room Type: KSTE |
| | Number of Guests: 1 |
| Deposition | Rate: $114.00 | Clerk: YHB |
| Arrive: 06Oct25    Time: 12:15PM    Depart: 07Oct25 | Time: 02:58PM | Folio Number: 92073 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 06Oct25 | Market Sundries | 5.50 | |
| 06Oct25 | Restaurant Tax | 0.48 | |
| 06Oct25 | Market Sundries | 5.00 | |
| 06Oct25 | Restaurant Tax | 0.44 | |
| 06Oct25 | Market Sundries | 4.50 | |
| 06Oct25 | Restaurant Tax | 0.39 | |
| 06Oct25 | Room Charge | 114.00 | |
| 06Oct25 | State Occupancy Tax | 6.90 | |
| 06Oct25 | City Tax | 6.84 | |
| 06Oct25 | Sales Tax Other Room Tax | 4.00 | |
| 07Oct25 | Restaurant Room Charge | 15.28 | |
| 07Oct25 | Market Sundries | 5.00 | |
| 07Oct25 | Restaurant Tax | 0.44 | |
| 07Oct25 | Market Sundries | 5.00 | |
| 07Oct25 | Restaurant Tax | 0.44 | |
| 07Oct25 | Market Beverage | 3.75 | |
| 07Oct25 | American Express | | 177.96 |

**BALANCE:**    **0.00**

**Marriott Bonvoy Account** ▮▮▮▮▮ Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

# Uber

October 6, 2025

## Thanks for tipping, Sean

Here's your updated Monday afternoon ride receipt.

| Total | $10.91 |
|---|---|

| | |
|---|---|
| Trip fare | $5.17 |

| | |
|---|---|
| Subtotal | $5.17 |
| Airport Surcharge | $3.50 |
| Booking Fee | $1.24 |
| Tip | $1.00 |

## Payments

| | Winston & Strawn LLP<br>10/6/25 12:12 PM | $9.91 |
|---|---|---|
| | Winston & Strawn LLP<br>10/7/25 9:51 PM | $1.00 |

Visit the trip page for more information, including invoices (where available)

Trip type: Business

Trip ID: e9d7d271-615b-4fdb-abd9-23700b73ca17

Full Name: Sean Suber

Expense Code: MERCEDES-BENZ GROUP AG (███████████████████

You rode with Tim

UberX    1.02 miles | 2 minutes

12:10 PM | 7250 S Tucson Blvd, Tucson, AZ 85756, US

12:12 PM | 2505 E Executive Dr, Tucson, AZ 85756, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

October 6, 2025

## Here's your receipt for your ride, Sean

We hope you enjoyed your ride this morning.

| Total | $87.98 |
|---|---|

| Trip fare | $87.98 |
|---|---|

| Subtotal | $87.98 |
|---|---|

## Payments

| | Winston & Strawn LLP 10/6/25 8:39 AM | $87.98 |
|---|---|---|

Visit the trip page for more information, including invoices (where available)

Trip type: Business

Trip ID: 17fa3252-08ec-4c42-80a5-0eb60f177da8

Full Name: Sean Suber

Expense Code: MERCEDES-BENZ GROUP AG (251867) || MAADANIAN ET AL. (00046)

You rode with FOADD

Issued on behalf of FOADD

Business Comfort    27.61 miles | 1 hours 8 minutes

7:30 AM | 6907 S Constance Ave, Chicago, IL 60649-1507, US

8:39 AM | 10000 W O'Hare Ave, Des Plaines, IL 60666, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



```
Sean Suber
*****************
** WEB DELIVERY **
*****************
--ONLINE ORDER--

        Jimmy Johns #2416
        3253 E. Valencia Rd
          520-639-7122

10-06-2025 Chk# 56 Open 12:33 PM
Online Order # 38611735457792008
                               2.29
  Pickle (1/4 d)               2.79
  Lemonade (med)
                              12.39
   Ultimate Italian
   ----TOASTED----
   NO tomatoes
   Add Hot Peppers
   CUT 1/2
   TAKE napkins

                Subtotal    17.47
         Sales Tax (8.7%)    1.52
               Del Fee       2.00
                          =========
                  Total   $ 20.99

      *** PAID ***

MasterCard XX.5080 Amt: 24.14  Tip: 3.15
----------------------------------------
Sean Suber
2505 E Executive Dr
Room 162
Tucson   240-997-6018
----------------------------------------

   ****************
   ** DELIVERY **
   ****************
```

### Chk# 56

To Let Us Know How We Did, Visit
Telljj.Com.


Look Up Your Freaky Fast Rewards
At Jimmyjohns.Com.

```
  Check No: 56 Reg# 33 Web Delivery
Trans Time: 10/6/2025 12:33 PM
Trans Type: Sale
   Acct No: MasterCard XX.5080
 Auth Code: Online Order # 3861173545779
2008

  Pre Auth: $ 20.99

     Tip: $3.15
```

**Davis, Lisa**

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, October 15, 2025 11:28 AM |
| **To:** | Coutu, Lisa |
| **Subject:** | Fwd: Your Monday afternoon trip with Uber |

Sent from my iPhone

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** October 6, 2025 at 11:47:23 PM EDT
**To:**
**Subject: Your Monday afternoon trip with Uber**
**Reply-To:** no-reply@replies.uber.com



Total **$62.07**
October 6, 2025

# Total                    $62.07

In May 2025 in New Jersey, roughly 31% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. Take action to bring down costs.

1

| | |
|---|---|
| Trip fare | $33.61 |

| | |
|---|---|
| Subtotal | $33.61 |
| Booking Fee  | $12.62 |
| EWR Airport Surcharge | $2.50 |
| New Jersey Holland Tunnel 14C to Newark Airport 14 | $2.85 |
| State Surcharge | $0.50 |
| Tip | $9.47 |
| Wait Time | $0.52 |

**Payments**

| | | |
|---|---|---|
| | | $52.60 |
| | | $9.47 |

**Switch Payment Method**

**Download PDF**

## You rode with YEAAL

4.96 Rating         Has passed a multi-step safety screen



When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

Comfort  11.82 miles | 21 minutes

**12:32 PM**
131 Dudley St, Jersey City, NJ
07302, US

**12:54 PM**
Terminal A, Newark Liberty
International Airport (EWR),
Elizabeth, NJ 07201, US

**Report lost item ›**          **Contact support ›**          **My trips ›**
                               **Contact support ›**

Forgot password          Uber Technologies
                         1725 3rd Street,
Privacy                  San Francisco,
                         California
Terms                    94158

3



**Courtyard by Marriott**® Tucson Airport
2505 E Executive Drive, Tucson, Az 85756 **P** 520.573.0000
**Marriott.com/TUSCA**

| | |
|---|---|
| Lisa Coutu | Room: 318 |
| ▉ | Room Type: KPOL |
| | Number of Guests: 1 |
| Deposition | Rate: $136.00    Clerk: YHB |
| Arrive: 06Oct25    Time: 01:06PM    Depart: 08Oct25 | Time: 08:39AM    Folio Number: 92070 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 06Oct25 | Room Charge | 126.00 | |
| 06Oct25 | State Occupancy Tax | 7.62 | |
| 06Oct25 | City Tax | 7.56 | |
| 06Oct25 | Sales Tax Other Room Tax | 4.00 | |
| 07Oct25 | Market Beverage | 4.00 | |
| 07Oct25 | Room Charge | 136.00 | |
| 07Oct25 | State Occupancy Tax | 8.23 | |
| 07Oct25 | City Tax | 8.16 | |
| 07Oct25 | Sales Tax Other Room Tax | 4.00 | |
| 08Oct25 | Visa | | 305.57 |

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account** ▉ Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

| From: | Lisa Coutu |
|---|---|
| To: | Coutu, Lisa |
| Subject: | Fwd: Your United Airlines booking confirmation – MLHSDT |
| Date: | Wednesday, October 15, 2025 11:26:53 AM |



Sent from my iPhone

Begin forwarded message:

**From:** United Airlines <notifications@united.com>
**Date:** September 30, 2025 at 11:59:47 AM EDT
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject: Your United Airlines booking confirmation – MLHSDT**



<!--[if gte mso]>
<![endif]-->

# Thanks Lisa for choosing United!

## Confirmation number: MLHSDT

<!--[if gte mso]>

<![endif]-->

We're processing your request and will issue your ticket soon. A confirmation with your itinerary and receipt will be sent to lmc235@georgetown.edu. If you don't receive an email, chat with us.

<!--[if gte mso]>

<![endif]-->

Manage my trip

## Purchase summary

| | |
|---|---|
| Fare | $770.57 |
| Premium add-ons | $353.96 |

| | |
|---|---|
| Taxes and Fees | $134.34 |
| **Total** | **$1,258.87** |

Credit card payment: $1,258.87 (Visa **1550)

<!--[if gte mso]>

<![endif]-->

## Flight to Tucson

**Oct 06, 2025**                                                    1 Connection

# 3:52 PM                                                           6:49 PM

**EWR** --------------------- 3h 57m --------------------- **IAH**

Newark, NJ/New York, NY, US                        Houston, TX, US

**FLIGHT INFO**

Duration: 3h 57m
UA 2674
Boeing 737-900
United Economy
Meals for purchase

CONNECTION:

# 7:54 PM                                                           8:32 PM

**IAH** --------------------- 2h 38m --------------------- **TUS**

Houston, TX, US                                    Tucson, AZ, US

**FLIGHT INFO**

Duration: 2h 38m
UA 2198
Boeing 737-700
United Economy
Snacks for Purchase

<!--[if gte mso]>

<!--[if gte mso]>
<![endif]-->
<!--[if gte mso]>
<![endif]--><!--[if gte mso]>

<![endif]-->

## Flight to Newark

**Oct 08, 2025**



# 10:57 AM                                3:34 PM

**TUS**  ------------------------ 2h 37m ------------------------  **IAH**

Tucson, AZ, US                          Houston, TX, US

**FLIGHT INFO**

Duration: 2h 37m
UA 6175 Operated by Mesa Airlines dba United Express
Embraer E175
United Economy
Snacks for Purchase

------------------------ CONNECTION: ------------------------

# 4:25 PM                                9:04 PM

**IAH**  ------------------------ 3h 39m ------------------------  **EWR**

Houston, TX, US                          Newark, NJ/New York, NY, US

**FLIGHT INFO**

Duration: 3h 39m
UA 1646
Boeing 757-200
United Economy
Meals for purchase

<!--[if gte mso]>
<![endif]-->
<!--[if gte mso]>
<![endif]--><!--[if gte mso]>

<![endif]-->

## Travelers

### Lisa Coutu

**Ema**⬛⬛⬛⬛⬛

**Phone number**⬛⬛⬛⬛

**Frequent flyer:**⬛⬛⬛

**eTicket number:** 01623361054302

**Seats:**

EWR to IAH: 9B

Economy Plus®

IAH to TUS: 22C

Economy Plus®

TUS to IAH: 8D

Economy Plus®

IAH to EWR: 12A

Economy Plus®

<!--[if gte mso]>

<![endif]-->

## Calculate bag charges

| FLIGHT | FIRST BAG | SECOND BAG | WEIGHT PER BAG |
| --- | --- | --- | --- |
| Newark, NJ/New York, NY, US (EWR) to Tucson, AZ, US (TUS) October 06, 2025 | Included | $50/per traveler | 70lb (32kg) |
| Tucson, AZ, US (TUS) to Newark, NJ/New York, NY, US (EWR) October 08, 2025 | Included | $50/per traveler | 70lb (32kg) |

<!--[if gte mso]>

<![endif]-->

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of the service charge for the first checked bag (within specified size and weight limits).

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty members of the U.S military and their accompanying dependents. For additional information, visit united.com/baggage.

<!--[if gte mso]>
<![endif]-->

Carry-on baggage allowed

United accepts the following items, per customer, to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag)

nDue to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

<!--[if gte mso]>

<![endif]-->

Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.

Passport and Visa Information: International Travel Documentation requirements

<!--[if gte mso]>

<![endif]-->