# EXHIBIT H

# INVOICE

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ███████ |
| Invoice Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## SUMMARY OF CHARGES

| Description | Amount |
|---|---|
| Professional fees. | ███████ |
| **TOTAL AMOUNT DUE** | ███████ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL



**edgeworth|economics**

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ███████ |
| Invoice Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## TIME DETAILS

| Title | Date | Description | Hrs | Amount |
|---|---|---|---|---|
| **Mike Kheyfets** | | | | |
| Partner | 9/9/25 | Depo prep. | 2.50 | $1,950.00 |
| Partner | 9/10/25 | Depo prep. | 3.00 | $2,340.00 |
| Partner | 9/11/25 | Depo prep. | 2.00 | $1,560.00 |
| Partner | 9/12/25 | Depo prep. | 2.00 | $1,560.00 |
| Partner | 9/15/25 | Deposition prep. | 5.00 | $3,900.00 |
| Partner | 9/16/25 | Deposition | 7.00 | $5,460.00 |
| ███ | ███ | █████████████ | ██ | ████ |
| Partner | 9/26/25 | Reviewed Stockton reply report. | 0.50 | $390.00 |
| | | **Mike Kheyfets** | ██ | ████ |
| ████ | | | | |
| ████ | ███ | █████████████ | ██ | ████ |
| | | ████ | ██ | ████ |
| **TOTAL FEES** | | | ██ | ████ |

# edgeworth | economics

**INVOICE**

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 10/6/25 |
| Due Date: | 11/5/25 |
| Total Amount: | ███████ |
| Number: | BENZ421025 |
| Invoice Period: | 09/01/25 - 09/30/25 |
| Project Code: | DC1226 |
| Project: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## INVOICE SUMMARY

| Description | Quantity | Amount |
|---|---|---|
| ████████ | ██████ | $██████ |
| ██████ | ██ | ██████ |
| **TOTAL AMOUNT DUE** | | ████████ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL

