# EXHIBIT I



**INVOICE**

| | |
|---|---|
| Invoice Date: | 11/6/25 |
| Due Date: | 12/6/25 |
| Total Amount: | ███████ |
| Invoice Number: | BENZ991125 |
| Invoice Period: | 10/01/25 - 10/31/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

---

## SUMMARY OF CHARGES

---

| Description | Amount |
|---|---|
| Professional fees. | ███████ |
| **TOTAL AMOUNT DUE** | ███████ |

Maadanian v. Mercedes-Benz USA, LLC, Case No. 2:22-cv-00665-RSL

# INVOICE

**Edgeworth Economics, LLC**
1111 19th Street NW, 12th Floor
Washington, DC 20036
240.883.6971
https://www.edgewortheconomics.com/

| | |
|---|---|
| Invoice Date: | 11/6/25 |
| Due Date: | 12/6/25 |
| Total Amount: | ██████ |
| Invoice Number: | BENZ991125 |
| Invoice Period: | 10/01/25 - 10/31/25 |
| Project Code: | DC1226 |
| Project Name: | Mercedes Brake Booster |

**Winston & Strawn LLP**
Troy Yoshino
101 California Street
21st Floor
San Francisco, CA 94111

## TIME DETAILS

| Title | Date | Description | Hrs | Amount |
|---|---|---|---|---|
| **Joseph Ammer** | | | | |
| Principal Consultant | 10/4/25 | Reviewed Kheyfets Report and Stockton Reports.  Proposed potential questions for Stockton deposition. | 3.00 | $1,740.00 |
| | | **Joseph Ammer** | **3.00** | **$1,740.00** |
| **Mike Kheyfets** | | | | |
| Partner | 10/1/25 | Reviewed supplemental Stockton report. | 2.00 | $1,560.00 |
| Partner | 10/3/25 | Call with counsel.  Prepared material for Stockton depo. | 2.80 | $2,184.00 |
| Partner | 10/9/25 | Reviewed Stockton second deposition transcript.  Prepared notes. | 2.80 | $2,184.00 |
| | | **Mike Kheyfets** | **7.60** | **$5,928.00** |
| **Ruijian Zhu** | | | | |
| ██████ | ████ | ████████████████ | ███ | ████ |
| Senior Consultant | 10/3/25 | Reviewed Stockton's rebuttal report and created relevant depo questions. | 3.00 | $1,140.00 |
| | | **Ruijian Zhu** | ███ | ████ |
| **TOTAL FEES** | | | ███ | ████ |