UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEYYED JAVAD MAADANIAN,<br><br>    Plaintiff - Appellant,<br><br>LEONARDO CACHO; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, a<br>Delaware limited liability company; et al.,<br><br>    Defendants - Appellees,<br><br>DOES 1-10,<br><br>    Defendant. | No. 26-2262<br><br>D.C. No.<br>2:22-cv-00665-RSL<br>Western District of Washington,<br>Seattle<br><br>ORDER |

The mediation conference call previously scheduled for July 29, 2026, is canceled.

Appellant's motion to dismiss this appeal (Docket Entry No. 13) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

26-2262